**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Atlas Stone Distribution, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 6 – 0 6 9 8 4 8 9

4. **Debtor's address**

   **Principal place of business**  
   **1540 Champion Drive**  
   Number   Street  
   **Suite 200**  
   
   **Carrollton**   **TX**   **75006**  
   City         State   ZIP Code

   **Dallas**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   Number   Street  
   _____  
   P.O. Box  
   _____  
   City         State   ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number   Street  
   _____  
   City         State   ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Atlas Stone Distribution, Inc.** Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **4 2 3 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ____/____/____ Case number _____
  - District _____ When ____/____/____ Case number _____
  - District _____ When ____/____/____ Case number _____

MM / DD / YYYY

Debtor **Atlas Stone Distribution, Inc.** _____     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____    Relationship _____
District _____    When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____    Relationship _____
District _____    When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street
_____
_____    _____    _____
City                        State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Atlas Stone Distribution, Inc.**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/22/2019**
            MM / DD / YYYY

X **/s/ Rajendra Pahuja**      **Rajendra Pahuja**
   Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joyce Lindauer**      Date **03/22/2019**
   Signature of attorney for debtor                     MM / DD / YYYY

**Joyce Lindauer**
Printed name
**Joyce W. Lindauer Attorney, PLLC**
Firm name
**12720 Hillcrest Road, Suite 625**
Number     Street

**Dallas**      **TX**      **75230**
City         State        ZIP Code

**(972) 503-4033**      **joyce@joycelindauer.com**
Contact phone         Email address

**21555700**      **TX**
Bar number         State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **Atlas Stone Distribution, Inc.**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................................. | **$21,717.00** |
   | Prior to the filing of this statement I have received....................................................... | **$7,683.67** |
   | Balance Due................................................................................................................. | **$14,033.33** |

2. The source of the compensation paid to me was:
   ☐ Debtor　　　　☑ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor　　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| **03/22/2019**　　　　　　　　　**/s/ Joyce Lindauer**<br>　　　　*Date*　　　　　　　　　　*Joyce Lindauer*　　　　　　　　　Bar No.  21555700<br>　　　　　　　　　　　　　　　　Joyce W. Lindauer Attorney, PLLC<br>　　　　　　　　　　　　　　　　12720 Hillcrest Road, Suite 625<br>　　　　　　　　　　　　　　　　Dallas, TX 75230<br>　　　　　　　　　　　　　　　　Phone: (972) 503-4033 / Fax: (972) 503-4034 |

　**/s/ Rajendra Pahuja**
*Rajendra Pahuja*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Atlas Stone Distribution, Inc.**            CASE NO

                                                       CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   3/22/2019                                       Signature   */s/ Rajendra Pahuja*
                                                                              *Rajendra Pahuja*
                                                                              *President*

Date                                                   Signature

Adam Reed
8390 LBJ Freeway, Suite 570
Dallas, TX 75243


Airhant Impex
48 West 48th Street, Suite 712
New York, NY 10036


Alliance
1855 East Main St., Suite 14-122
Spartanburg, SC 29307


Andrade
RUA UM, Quadra UM
S/N CIVIT 1-29.168-020
Serra - ES, Brazil


Anjalee Granite
Plot #32, APIIC BP SEZ
Annangi Village
Maddipadu Mandal, Prakasam


Anthony Begon
2323 Ross Avenue
Suite 1900
Dallas, TX 75201


Apollo Logistics
5201 Blue Lagoon Drive
8th Floor, Suite 881
Miami, FL 33126


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


BBK Westport
1401 S. Brentwood Blvd., Suite 900
St. Louis, MO 63144

BBVA Compass Credit Card
3040 E. Trinity Mills Rd.
Carrollton, TX 75006


Brasigran
Rua 3B n 115 Civit II
Serra ES Brazil 29168-069


Chase Auto Finance
PO Box 90107
Fort Worth, TX 76101


Choan Changie Ceramic Co.
Fengyi Development area
Gengyang, Guxiang Chaozhou
Guandong China


Christopher J. Jameson Jr.
5429 LBJ Freeway, Suite 700
Dallas, TX 75240


Cincinnati Insurance
9330 LBJ Freeway, Suite 810
Dallas, TX 75243


COB
3333 Lee Parkway, Suite 600
Dallas, TX 75219


COI
3333 Lee Parkway, Suite 600
Dallas, TX 75219


Costa Granitos
Rus Atalydes Moreira de Sousa
502 CIVIT1 - Serra - Espirito Santo
Brazil

```
Coyote Logistics
960 North Point Parkway, Suite 150
Alpharetta, GA 30005



CRP-2 Mid South Industrial LLC
16253 Swingley Ridge Rd., Suite 150
Chesterfield, MO 63017



Dallas County
co Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207


Echo Logistics
600 West Chicago Ave., Suite 725
Chicago, IL 60654



Elegant Stone
1050 Nelson parkway
Viroqua, WI 54665



Esse International
3372 S. El Rancho Road
Salt Lake City, UT 84109



Export Development Canada
c/o Anthony J. Begon
Bell Nunnally & Martin LLP
2323 Ross Aveue, Suite 1900
Dallas, TX 75201

Fortuna
12614 Torbay Drive
Boca Raton, FL 33428



Francesco Di Pietro
Moses & Singer LLP
405 Lexington Avenue
New York,NY 10174
```

Gramazini
Corrego do P acote, s/n - Distrito
de Vila Paulista
Barra de Sao Francisco - ES, 29800-000
Brazil

Gramobel
Rod. ES 489, s/n - Km 03
CEP 29.490-000
Atilio Vivacqua ES Brasil

Graniti
Rod. Nova Veneccia Colatina
KM 126.5, Lote 2, Quadra 1
Polo Industrail, Sao Cristovao - CEP
29830-000 Nova Venecia - ES - Brazil

GTS Cargo
1760 NW 94th Avenue
Miami, FL 33172

Guangdong
No. 3 Erhuan Road
Xingtan Town, Shunde, Foshan City
Guangdong China

Guidoni
Rod. Do Cafe km48 Zona Rural
Sao Domingos do Norte
Brazil 29745

Gullo International
1100 Landmeir Rd.
Elk Grove Village, IL 60007

Honor Logistics
5200 Hollister Street, Suite 101
Houston, TX 77040

Illinois Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Instyle Granite and Marble
8255 Campwood
Houston, TX 77055


Interglobo
2 Colony Road
Jersey City, NJ 07305


Internal Revenue Service
Ogden, UT 84201


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


International Stones
Plot-E5, Spicot Ph 2 Road
Sipcot, Phase II Industrial Complex
Spicot Ph 2, Housur
Tamil Nadu 635109 India

Jeffrey R. Sandberg
8350 N. Central Expressway
Suite 1111
Dallas, TX 75206


Kovach Law Firm P.L.L.C.
170 Westcott Street
Houston, TX 77007


Law Offices of James S. Johnson
2340 E. Trinity Mills Rd.
Suite 300
Carrollton, TX 75006

```
Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Mark A. Bukaty
13155 Noel Road
Suite 900
Dallas, TX 75240


Marmi Rocco
Via del Marmo 285/e
37020 Volargne di bolce
Verona


Marudhar
SY No 277/1 & 277/2 Reddiyur
Pottanen-Virudhasampally Rd.
Pottanen Village, Meuur Dam-636 453
Tamil Nadu, India

Meditarranean Shipping Company
700 Watermark Blvd.
Mount Pleasant, SC 29464



Mehta Legal
3400 Airport Avenue
Suite 20
Santa Monica, CA 90405


Mirasol Soapston
3372 S. El Rancho Road
Salt Lake City, UT 84109


MM Rocks
Telangana, Bollaram Industrial Area
Hyderabad, Telangana 502325
India


MSI INternational
2095 N. Batavia Street
Orange, CA 92865
```

```
Paccar Leasing Company
10620 N. Stemmons Freeway
Dallas, TX 75220



Pedra Do Frade
Rod BR 101 Km 396
s/n - Permetral
Rio Novo do Sul-ES-Brazil
29.290-000 Postal Service 15

Philip D. Collins & Associates, P.C.
Attn: Craig Luffy
9330 LBJ Freeway, Suite 810
Dallas, TX 75243



PKD Logistics
5604 Wendy Bagwell Parkway
Suite 223
Hirma, GA 30141


Polycor
76 rue Saint Paul, Suite 100
Quebec City Quebec G1K 349
Canada


Primestone
45 Sheppard Avenue, Suite 412
Toronto, ON M2N 5W9
Canada


Proserv
PO Box 670965
Houston, TX 77267



Quintairos Prieto Wood & Boyer
9200 South Dadeline Blvd.
Suite 100
Miami, FL 33156


Rajendra Pahuja
908 Berkshire Road
Southlake, TX 76092
```

```
Red Graniti SPA
54100 Massa (MS) Italy Bia
Dorsal 12 Italy



Ritu Pahuja
908 Berkshire Road
Southlake, TX 76092



RNS Properties, LLC
1540 Champion Drive
Carrollton, TX 75006



Santo Antonio
Rod. DO Contorno KM 2.5
Fazenda Monte, Libano Mail Box 456
Cachoerio DO Itapemirim 29300
Brazil

Sati Granite
Sy NO 566/567 & 39/2
Kamandoddi & Subburgiri (Village)
Pathakotta Rd, Hosur - 635 117



Saudi Marble Granite
844 Valley Road
Wayne, NJ 07470



Sava Stone
Sede Amm:37015 Domegliara
ialy Bia Casetta 7 34A



Savino Del Bene
1905 S. Mount Prospect Rd.
Unit D
Des Plaines, IL 60018



Selva Stone
399/1-5, Sanlinayanapalli Village
Emakkainatham Post
Bargue-635104, Krishnagiri, DR
```

Shi - Hwa Stones Co. Ltd.
2816 Tice Creek Drive
Suite 7
Walnut Creek, CA 94595


Siva Stones
Plot No 3&4 Apiic BP Sez Annani Village
Maddipadu Mandal Prakasam
Dist Ap India


Stone Mix
Rod. Engenhero Fabiano Vivacqua
SN - JM 1.8 - Central Praque
Cachoerio De Itapemirim
ES - CEP 29313-158

Teller Levit & Silvertrust PC
19 South LaSalle Street
Suite 701
Chicago, IL 60603


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



Thor Granitos
Rua Murilo Portugal
112 4 Andars Francisco Niter
Rio De Janerio BR 24360-410


U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

```
UMB Bank N.A.
1010 Grand Blvd.
Kansas City, MO 64106


UMB Corporate Card
PO Box 419734
Kansas City, MO 64141


Vickers
10F., No. 7, Sec. 1 Dunhua South Road
Songshan District
Taipei City, 105 Taiwan


Weha
7606 Whitehall Executive Center Drive
Suite 400
Charlotte, NC 28273


West Quartz
3520 W. Miller Rod, Suite 130
Garland, TX 75041


Xiamen Further Star
Room 1502 No. 201
Hongye Building Hubin Road
Xiamen China
```