Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ATLAS STONE DISTRIBUTION, INC.,** | § | **CASE NO. 19-31006-sgj** |
| | § | **Chapter 11** |
| Debtor. | § | |

**DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COMES NOW** Atlas Stone Distribution, Inc.**,** the Chapter 11 Debtor in the above styled and referenced bankruptcy case (the "Debtor"), and files this its Motion for Use of Cash Collateral pursuant to 11 U.S.C. § 363 of the Bankruptcy Code and in support of same would respectfully show the following:

1.     On March 22, 2019, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.   The Debtor is now operating its business and managing its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.   No request has been made for the appointment of a trustee or examiner and no official committee has been appointed.

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).   Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Debtor requests the Court to enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A."**

4. Debtor has an immediate need to use the cash collateral of UMB Bank, n.a. (the "Secured Lender"), the Debtor's secured creditor claiming liens on Debtor's personal property including accounts receivable. The Debtor can adequately protect the interests of the Secured Lender as set forth in the proposed Interim Order for Use of Cash Collateral by providing the Secured Lender with post-petition liens, a priority claim in the Chapter 11 bankruptcy case, and cash flow payments. The cash collateral will be used to continue the Debtor's ongoing operations. The Debtor is an importer and distributor of high quality stone slabs and tiles, which include a vast selection of granite, marble, limestone, quartzite, onyx, soapstone and quartz, from its locations in Dallas, Chicago and St. Louis. The Budget attached to the proposed Order permits the payment of ongoing operating expenses of the Debtor in order to allow the Debtor to maintain its operations in Chapter 11. The Debtor intends to rearrange its affairs and needs to continue to operate in order to pay its ongoing expenses, generate additional income and to propose a plan in this case. The Debtor's proposed Two-Week Budget and One-Month Budget are attached hereto as **Exhibit "B."**

5. This is an emergency matter since the Debtor has no outside sources of funding available to it and must rely on the use of cash collateral to continue its operations.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A"** and for such other and further relief to which the Debtor may be justly entitled.

Dated: March 27, 2019.

Respectfully submitted,

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2019, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below and via United States first class mail, postage prepaid, upon the remaining parties on the attached service list.

Eboney D. Cobb
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Courtney Jane Hull
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Jay L. Krystinik
jay.krystinik@bclplaw.com, jadwiga.krasnic@bclplaw.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;gina@joycelindauer.com;ecfnotices@joycelindauer.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer

DEBTOR'S MOTION FOR USE OF CASH COLLATERAL
Page 3

```
Label Matrix for local noticing          Atlas Stone Distribution, Inc.          Carrollton-Farmers Branch ISD
0539-3                                    1540 Champion Drive                     c/o Perdue Brandon Fielder et al
Case 19-31006-sgj11                       Suite 200                               500 E Border St, Suite 640
Northern District of Texas                Carrollton, TX 75006-6813               Arlington, TX 76010-7457
Dallas
Wed Mar 27 11:33:03 CDT 2019

Dallas County, Tarrant County             Grapevine-Colleyville ISD               Texas Comptroller of Public Accounts
Linebarger, Goggan, Blair & Sampson, LLP  c/o Perdue Brandon Fielder et al        Courtney J. Hull
c/o Laurie A. Spindler                    500 E Border Street                     P.O. Box 12548
2777 N. Stemmons Fwy Suite 1000           Suite 640                               Austin, TX 78711-2548
Dallas, TX 75207-2328                     Arlington, TX 76010-7457

Valwood Improvment Authority              1100 Commerce Street                    Adam Reed
c/o Perdue Brandon Fielder et al          Room 1254                               8390 LBJ Freeway, Suite 570
500 E Border Street                       Dallas, TX 75242-1305                   Dallas, TX 75243-1188
Suite 640
Arlington, TX 76010-7457

Airhant Impex                             Alliance                                Andrade
48 West 48th Street, Suite 712            1855 East Main St., Suite 14-122        RUA UM, Quadra UM
New York, NY 10036-1713                   Spartanburg, SC 29307-2309              S/N CIVIT 1-29.168-020
                                                                                  Serra - ES, Brazil

Anthony Begon                             Apollo Logistics                        Attorney General of Texas
2323 Ross Avenue                          5201 Blue Lagoon Drive                  Bankruptcy Division
Suite 1900                                8th Floor, Suite 881                    P O Box 12548
Dallas, TX 75201-2721                     Miami, FL 33126-2064                    Austin, TX 78711-2548

BBK Westport                              BBVA Compass Credit Card                Brasigran
1401 S. Brentwood Blvd., Suite 900        3040 E. Trinity Mills Rd.               Rua 3B n 115 Civit II
St. Louis, MO 63144-1409                  Carrollton, TX 75006-2320               Serra ES Brazil 29168-069

COB                                       COI                                     CRP-2 Mid South Industrial LLC
3333 Lee Parkway, Suite 600               3333 Lee Parkway, Suite 600             16253 Swingley Ridge Rd., Suite 150
Dallas, TX 75219-5117                     Dallas, TX 75219-5117                   Chesterfield, MO 63017-1728

Carrollton-Farmers Branch ISD             Chase Auto Finance                      Choan Changie Ceramic Co.
c/o Perdue Brandon Fielder et al          PO Box 90107                            Fengyi Development area
500 East Border Street, Suite 640         Fort Worth, TX 76101                    Gengyang, Guxiang Chaozhou
Arlington, TX 76010-7457                                                          Guandong China

Christopher J. Jameson Jr.                Cincinnati Insurance                    Costa Granitos
5429 LBJ Freeway, Suite 700               9330 LBJ Freeway, Suite 810             Rus Atalydes Moreira de Sousa
Dallas, TX 75240-2610                     Dallas, TX 75243-4338                   502 CIVIT1 - Serra - Espirito Santo
                                                                                  Brazil

Coyote Logistics                          Dallas County                           EULER HERMES N.A as Agent for ECHO GLOBAL LO
960 North Point Parkway, Suite 150        co Linebarger Goggan Blair & Sampson    800 Red Brook Blvd, #400C
Alpharetta, GA 30005-4123                 2777 N. Stemmons Frwy, Suite 1000       Owings Mills, MD 21117-5173
                                          Dallas, TX 75207-2328
```

Echo Logistics
600 West Chicago Ave., Suite 725
Chicago, IL 60654-2522

Elegant Stone
1050 Nelson parkway
Viroqua, WI 54665

Esse International
3372 S. El Rancho Road
Salt Lake City, UT 84109-3212

Export Development Canada
c/o Anthony J. Begon
Bell Nunnally & Martin LLP
2323 Ross Aveue, Suite 1900
Dallas, TX 75201-2721

Fortuna
12614 Torbay Drive
Boca Raton, FL 33428-4835

Francesco Di Pietro
Moses & Singer LLP
405 Lexington Avenue
New York,NY 10174-1299

GTS Cargo
1760 NW 94th Avenue
Miami, FL 33172-2336

Gramazini
Corrego do P acote, s/n - Distrito
de Vila Paulista
Barra de Sao Francisco - ES, 29800-000
Brazil

Gramobel
Rod. ES 489, s/n – Km 03
CEP 29.490-000
Atilio Vivacqua ES Brasil

Graniti
Rod. Nova Veneccia Colatina
KM 126.5, Lote 2, Quadra 1
Polo Industrail, Sao Cristovao - CEP
29830-000 Nova Venecia - ES - Brazil

Grapevine-Colleyville ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Guangdong
No. 3 Erhuan Road
Xingtan Town, Shunde, Foshan City
Guangdong China

Guidoni
Rod. Do Cafe km48 Zona Rural
Sao Domingos do Norte
Brazil 29745

Gullo International
1100 Landmeir Rd.
Elk Grove Village, IL 60007-2419

Honor Logistics
5200 Hollister Street, Suite 101
Houston, TX 77040-6298

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Instyle Granite and Marble
8255 Campwood
Houston, TX 77055

Interglobo
2 Colony Road
Jersey City, NJ 07305-4502

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

International Stones
Plot-E5, Spicot Ph 2 Road
Sipcot, Phase II Industrial Complex
Spicot Ph 2, Housur
Tamil Nadu 635109 India

Jeffrey R. Sandberg
8350 N. Central Expressway
Suite 1111
Dallas, TX 75206-1625

Kovach Law Firm P.L.L.C.
170 Westcott Street
Houston, TX 77007-7003

Law Offices of James S. Johnson
2340 E. Trinity Mills Rd.
Suite 300
Carrollton, TX 75006-1947

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

MM Rocks
Telangana, Bollaram Industrial Area
Hyderabad, Telangana 502325
India

MSI INternational
2095 N. Batavia Street
Orange, CA 92865-3101

Mark A. Bukaty
13155 Noel Road
Suite 900
Dallas, TX 75240-6882

Marudhar
SY No 277/1 & 277/2 Reddiyur
Pottanen-Virudhasampally Rd.
Pottanen Village, Meuur Dam-636 453
Tamil Nadu, India

Meditarranean Shipping Company
700 Watermark Blvd.
Mount Pleasant, SC 29464-5729

| | | |
|---|---|---|
| Mehta Legal<br>3400 Airport Avenue<br>Suite 20<br>Santa Monica, CA 90405-6123 | Mirasol Soapston<br>3372 S. El Rancho Road<br>Salt Lake City, UT 84109-3212 | PKD Logistics<br>5604 Wendy Bagwell Parkway<br>Suite 223<br>Hirma, GA 30141-7814 |
| Paccar Leasing Company<br>10620 N. Stemmons Freeway<br>Dallas, TX 75220-2427 | Philip D. Collins & Associates, P.C.<br>Attn: Craig Luffy<br>9330 LBJ Freeway, Suite 810<br>Dallas, TX 75243-4338 | Polycor<br>76 rue Saint Paul, Suite 100<br>Quebec City Quebec G1K 349<br>Canada |
| Primestone<br>45 Sheppard Avenue, Suite 412<br>Toronto, ON M2N 5W9<br>Canada | Proserv<br>PO Box 670965<br>Houston, TX 77267-0965 | Quintairos Prieto Wood & Boyer<br>9200 South Dadeline Blvd.<br>Suite 100<br>Miami, FL 33156-2703 |
| RNS Properties, LLC<br>1540 Champion Drive<br>Carrollton, TX 75006-6813 | Rajendra Pahuja<br>908 Berkshire Road<br>Southlake, TX 76092-4926 | Red Graniti SPA<br>54100 Massa (MS) Italy Bia<br>Dorsal 12 Italy |
| Ritu Pahuja<br>908 Berkshire Road<br>Southlake, TX 76092-4926 | Santo Antonio<br>Rod. DO Contorno KM 2.5<br>Fazenda Monte, Libano Mail Box 456<br>Cachoerio DO Itapemirim 29300<br>Brazil | Saudi Marble Granite<br>844 Valley Road<br>Wayne, NJ 07470-2942 |
| Savino Del Bene<br>1905 S. Mount Prospect Rd.<br>Unit D<br>Des Plaines, IL 60018-1856 | Shi - Hwa Stones Co. Ltd.<br>2816 Tice Creek Drive<br>Suite 7<br>Walnut Creek, CA 94595-3216 | Siva Stones<br>Plot No 3&4 Apiic BP Sez Annani Village<br>Maddipadu Mandal Prakasam<br>Dist Ap India |
| Tarrant County<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Teller Levit & Silvertrust PC<br>19 South LaSalle Street<br>Suite 701<br>Chicago, IL 60603-6369 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 | Thor Granitos<br>Rua Murilo Portugal<br>112 4 Andars Francisco Niter<br>Rio De Janerio BR 24360-410 | U. S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U. S. Trustee's Office<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | UMB Bank N.A.<br>1010 Grand Blvd.<br>Kansas City, MO 64106-2220 | UMB Corporate Card<br>PO Box 419734<br>Kansas City, MO 64141-6734 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Valwood Improvement Authority<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Vickers<br>10F., No. 7, Sec. 1 Dunhua South Road<br>Songshan District<br>Taipei City, 105 Taiwan |

| | | |
|---|---|---|
| Weha<br>7606 Whitehall Executive Center Drive<br>Suite 400<br>Charlotte, NC 28273-0122 | West Quartz<br>3520 W. Miller Rod, Suite 130<br>Garland, TX 75041-6031 | Xiamen Further Star<br>Room 1502 No. 201<br>Hongye Building Hubin Road<br>Xiamen China |

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | (d)Internal Revenue Service<br>Ogden, UT 84201 | Texas Comptroller of Public Accounts<br>Revenue Accting Div - Bankr Section<br>PO Box 13528<br>Austin, TX 78711-3528 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)UMB Bank, N. A. | (u)Anjalee Granite<br>Plot #32, APIIC BP SEZ<br>Annangi Village<br>Maddipadu Mandal, Prakasam | (u)Marmi Rocco<br>Via del Marmo 285/e<br>37020 Volargne di bolce<br>Verona |
| (u)Pedra Do Frade<br>Rod BR 101 Km 396<br>s/n - Permetral<br>Rio Novo do Sul-ES-Brazil<br>29.290-000 Postal Service 15 | (u)Sati Granite<br>Sy NO 566/567 & 39/2<br>Kamandoddi & Subburgiri (Village)<br>Pathakotta Rd, Hosur - 635 117 | (u)Sava Stone<br>Sede Amm:37015 Domegliara<br>ialy Bia Casetta 7 34A |
| (u)Selva Stone<br>399/1-5, Sanlinayanapalli Village<br>Emakkainatham Post<br>Bargue-635104, Krishnagiri, DR | (u)Stone Mix<br>Rod. Engenhero Fabiano Vivacqua<br>SN - JM 1.8 - Central Praque<br>Cachoerio De Itapemirim<br>ES - CEP 29313-158 | End of Label Matrix<br>Mailable recipients    93<br>Bypassed recipients     8<br>Total                 101 |