Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ATLAS STONE DISTRIBUTION, INC., | § | CASE NO. 19-31006-sgj |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S APPLICATION FOR ORDER AUTHORIZING
THE EMPLOYMENT OF PAUL LUFKIN AS
<u>CHIEF RESTRUCTURING OFFICER</u>**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS APPLICATION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING UNLESS IT DETERMINES THAT AN EVIDENTIARY HEARING IS NOT REQUIRED AND THAT THE COURT'S DECISION WOULD NOT BE SIGNIFICANTLY AIDED BY ORAL ARGUMENT. IF YOU FAIL TO APPEAR AT ANY SCHEDULED HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

Debtor's Application for Order Authorizing the Employment
<u>of Paul Lufkin as Chief Restructuring Officer</u>
Page 1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Atlas Stone Distribution, Inc. ("Debtor"), the Debtor and Debtor-in-Possession in the above-styled and numbered case, and files this its application for entry of an order authorizing the employment of Paul Lufkin as chief restructuring officer and financial consultant ("CRO") for the Debtor as of April 9, 2019, and in support of same would respectfully show the Court as follows:

## I.     JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Consideration of this action is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     PROCEDURAL BACKGROUND

2. Debtor Atlas Stone Distribution, Inc. filed its voluntary petition under Chapter 11, Title 11, of the United States Bankruptcy Code on March 22, 2019, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

3. The Debtor is in the business of brokering the sale of granite, stone, quartz, and onyx with facilities located in Carrollton, Texas, St. Louis, Missouri and Chicago, Illinois. No trustee, examiner, or official committee has been appointed in the Bankruptcy Case.

4. The Debtor believes it would be in the best interest of the Debtor and its estate to employ a CRO and have selected Mr. Lufkin to act as CRO. The Debtor believes that the employment of a CRO will assist in operations and will save money for the estate as the fees to be charged by Mr. Lufkin are reasonable and subject to Court approval.

Debtor's Application for Order Authorizing the Employment
of Paul Lufkin as Chief Restructuring Officer
Page 2

### III. BASIS FOR RETENTION OF PAUL LUFKIN AS CRO

5. In support of this Application, the Debtor relies upon the Declaration of Paul Lufkin (the "Declaration"), attached hereto as **Exhibit "A"** and incorporated as if fully set forth herein. Attached to the Declaration is the Resume for Mr. Lufkin.

6. Subject to the approval of this Court, the Debtor seeks to employ Mr. Lufkin as CRO, under the terms set forth in this Application.

7. Mr. Lufkin provides management and financial advisory services to businesses.

8. The Debtor anticipates that Mr. Lufkin may render, without limitation, the following management, financial advisory and accounting services as CRO (the "Services") in the Bankruptcy Case, which include:

- Overall management of the Debtor including hiring and firing, defining employees' duties and responsibilities, and establishing compensation rates;
- Preparation of the schedules and the statement of financial affairs and preparation of monthly operating reports to support the Chapter 11 case administration;
- Review and assess cash flow and prepare forecasts and projections, and monitor actual cash flow versus projections;
- Prepare updated cash flow projections as needed to be filed with the court;
- Provide testimony in bankruptcy court hearings as required;
- Administer post-petition banking facilities;
- Review ongoing strategic initiatives and assess financial and liquidity impact;
- Negotiate/Communicate with lenders, creditors and stakeholders during the bankruptcy proceeding;
- Coordinate sales of assets, as may be required;
- Direct operations with management including oversight and approval of disbursements, and approval of all contracts and administrative services;
- Preparation of periodic progress reports and review financial results with stakeholders and lenders;
- Engage personnel and professionals as may be required for orderly administration of the bankruptcy case and the Company; and
- Such other duties as mutually agreed upon or otherwise approved by the Court.

For purposes of performing the Services, the CRO shall be given full and complete access to the Debtor's premises, books, records, and computer systems, and the CRO will take steps where he

Debtor's Application for Order Authorizing the Employment
of Paul Lufkin as Chief Restructuring Officer
Page 3

deems necessary to document and establish procedures and routines in order to assure uninterrupted and accurate reporting to stakeholders.

9. The proposed engagement agreement is attached to the Declaration of Mr. Lufkin and incorporated herein by this reference as if set forth in full for all purposes.

10. Subject to this Court's approval of the Application, Mr. Lufkin is willing to serve as CRO for the Debtor and to perform the services described herein.

11. Mr. Lufkin has the necessary financial background to deal effectively with many of the needs that may arise in the context of the Debtor's case. Given Mr. Lufkin's background and experience, the Debtor believes that this individual is well-qualified and uniquely able to provide services to it in this Bankruptcy Case in the most efficient and timely manner. He anticipates employing an associate with controller-level experience to be present at the premises when Mr. Lufkin is not, who is well qualified in accounting and administrative processes.

12. Mr. Lufkin will maintain detailed, contemporaneous records of time and any actual and necessary expenses, including mileage reimbursement at IRS rates, incurred in connection with the rendering of his services and related services for the Debtor as described in the Engagement Agreement attached to the Declaration and pursuant to the applicable guidelines of the Court.

13. Mr. Lufkin was not employed pre-petition by the Debtor and therefore does not have a pre-petition balance due from the Debtor.

14. The compensation to be paid to Mr. Lufkin shall be as follows:

| | |
|---|---|
| Paul Lufkin | $150.00 per hour |
| Associate | $120.00 per hour |

No retainer is being paid as part of this engagement.

Debtor's Application for Order Authorizing the Employment
of Paul Lufkin as Chief Restructuring Officer
Page 4

15. To the best of the Debtor's knowledge, Mr. Lufkin does not have any connection with, or any interest adverse to, the Debtor, the Debtor's estate, the Debtor's significant creditors, or other party-in-interest as set forth in the Declaration. The Debtor further believes that Mr. Lufkin is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code) and as required under section 327(a) of the Bankruptcy Code.

16. Mr. Lufkin intends to apply to this Court for allowance on an interim and final basis of compensation for services rendered and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable orders of the Court.

### IV.    AUTHORITY FOR RELIEF

17. The Bankruptcy Code authorizes a debtor-in-possession, with the Court's approval, to "employ one or more attorneys, accountants, appraisers, auctioneers or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C § 327(a). As supported by the Declaration, the Debtor believes Mr. Lufkin is appropriate to serve as the Debtor's CRO under section 327(a).

18. Furthermore, section 328(a) of the Bankruptcy Code provides that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis." 11 U.S.C § 328(a). The Debtor believes that Mr. Lufkin's rates are reasonable and comparable to the rates that would be charged by other financial firms providing the same services in the Northern District of Texas.

Debtor's Application for Order Authorizing the Employment
of Paul Lufkin as Chief Restructuring Officer
Page 5

## V. PRAYER

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests entry of an order (i) approving the Debtor's retention of Paul Lufkin to serve as CRO for the Debtor pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, and (ii) granting the Debtor such other and further relief as is just and proper.

Dated:  April 10, 2019.

Respectfully submitted,

 /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2019, a true and correct copy of the foregoing Application has been served via United States first class mail, postage prepaid, to all parties on the attached mailing matrix.

 /s/ Joyce W. Lindauer
Joyce W. Lindauer

Debtor's Application for Order Authorizing the Employment
of Paul Lufkin as Chief Restructuring Officer
Page 6

```
Label Matrix for local noticing          1100 Commerce Street                    Adam Reed
0539-3                                   Room 1254                               8390 LBJ Freeway, Suite 570
Case 19-31006-sgj11                      Dallas, TX 75242-1305                   Dallas, TX 75243-1188
Northern District of Texas
Dallas
Wed Apr 10 11:27:17 CDT 2019

Airhant Impex                            Alliance                                Andrade
48 West 48th Street, Suite 712           1855 East Main St., Suite 14-122        RUA UM, Quadra UM
New York, NY 10036-1713                  Spartanburg, SC 29307-2309              S-N CIVIT 1-29.168-020
                                                                                 Serra - ES, Brazil


Anthony Begon                            Apollo Logistics                        Atlas Stone Distribution, Inc.
2323 Ross Avenue                         5201 Blue Lagoon Drive                  1540 Champion Drive
Suite 1900                               8th Floor, Suite 881                    Suite 200
Dallas, TX 75201-2721                    Miami, FL 33126-2064                    Carrollton, TX 75006-6813


Attorney General of Texas                BBK Westport                            BBVA Compass Credit Card
Bankruptcy Division                      1401 S. Brentwood Blvd., Suite 900      3040 E. Trinity Mills Rd.
P O Box 12548                            St. Louis, MO 63144-1409                Carrollton, TX 75006-2320
Austin, TX 78711-2548


Brasigran                                COB                                     COI
Rua 3B n 115 Civit II                    3333 Lee Parkway, Suite 600             3333 Lee Parkway, Suite 600
Serra ES Brazil 29168-069                Dallas, TX 75219-5117                   Dallas, TX 75219-5117


CRP-2 Mid South Industrial LLC           Carrollton-Farmers Branch ISD           Carrollton-Farmers Branch ISD
16253 Swingley Ridge Rd., Suite 150      c/o Perdue Brandon Fielder et al        CO Perdue Brandon Fielder et al
Chesterfield, MO 63017-1728              500 E Border St, Suite 640              500 East Border Street, Suite 640
                                         Arlington, TX 76010-7457                Arlington, TX 76010-7457


Chase Auto Finance                       Choan Changie Ceramic Co.               Christopher J. Jameson Jr.
PO Box 90107                             Fengyi Development area                 5429 LBJ Freeway, Suite 700
Fort Worth, TX 76101                     Gengyang, Guxiang Chaozhou              Dallas, TX 75240-2610
                                         Guandong China


Cincinnati Insurance                     Costa Granitos                          Coyote Logistics
9330 LBJ Freeway, Suite 810              Rus Atalydes Moreira de Sousa           960 North Point Parkway, Suite 150
Dallas, TX 75243-4338                    502 CIVIT1 - Serra - Espirito Santo     Alpharetta, GA 30005-4123
                                         Brazil


Dallas County                            Dallas County, Tarrant County           EULER HERMES N.A as Agent for ECHO GLOBAL LO
co Linebarger Goggan Blair & Sampson     Linebarger, Goggan, Blair & Sampson, LLP 800 Red Brook Blvd, No.400C
2777 N. Stemmons Frwy, Suite 1000        CO Laurie A. Spindler                   Owings Mills, MD 21117-5173
Dallas, TX 75207-2328                    2777 N. Stemmons Fwy Suite 1000
                                         Dallas, TX 75207-2328


Echo Logistics                           Elegant Stone                           Esse International
600 West Chicago Ave., Suite 725         1050 Nelson parkway                     3372 S. El Rancho Road
Chicago, IL 60654-2522                   Viroqua, WI 54665                       Salt Lake City, UT 84109-3212
```

| | | |
|---|---|---|
| Export Development Canada<br>CO Anthony J. Begon<br>Bell Nunnally & Martin LLP<br>2323 Ross Aveue, Suite 1900<br>Dallas, TX 75201-2721 | Fortuna<br>12614 Torbay Drive<br>Boca Raton, FL 33428-4835 | Francesco Di Pietro<br>Moses & Singer LLP<br>405 Lexington Avenue<br>New York,NY 10174-1299 |
| GTS Cargo<br>1760 NW 94th Avenue<br>Miami, FL 33172-2336 | Gramazini<br>Corrego do P acote, s-n - Distrito<br>de Vila Paulista<br>Barra de Sao Francisco - ES, 29800-000<br>Brazil | Gramobel<br>Rod. ES 489, s-n - Km 03<br>CEP 29.490-000<br>Atilio Vivacqua ES Brasil |
| Graniti<br>Rod. Nova Veneccia Colatina<br>KM 126.5, Lote 2, Quadra 1<br>Polo Industrail, Sao Cristovao - CEP<br>29830-000 Nova Venecia - ES - Brazil | Grapevine-Colleyville ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | Grapevine-Colleyville ISD<br>CO Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 |
| Guangdong<br>No. 3 Erhuan Road<br>Xingtan Town, Shunde, Foshan City<br>Guangdong China | Guidoni<br>Rod. Do Cafe km48 Zona Rural<br>Sao Domingos do Norte<br>Brazil 29745 | Gullo International<br>1100 Landmeir Rd.<br>Elk Grove Village, IL 60007-2419 |
| Honor Logistics<br>5200 Hollister Street, Suite 101<br>Houston, TX 77040-6298 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Instyle Granite and Marble<br>8255 Campwood<br>Houston, TX 77055 |
| Interglobo<br>2 Colony Road<br>Jersey City, NJ 07305-4502 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas  75242-1100 |
| International Stones<br>Plot-E5, Spicot Ph 2 Road<br>Sipcot, Phase II Industrial Complex<br>Spicot Ph 2, Housur<br>Tamil Nadu 635109 India | Jeffrey R. Sandberg<br>8350 N. Central Expressway<br>Suite 1111<br>Dallas, TX 75206-1625 | Kovach Law Firm P.L.L.C.<br>170 Westcott Street<br>Houston, TX 77007-7003 |
| Law Offices of James S. Johnson<br>2340 E. Trinity Mills Rd.<br>Suite 300<br>Carrollton, TX 75006-1947 | Linebargar Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | MM Rocks<br>Telangana, Bollaram Industrial Area<br>Hyderabad, Telangana 502325<br>India |
| MSI INternational<br>2095 N. Batavia Street<br>Orange, CA 92865-3101 | Mark A. Bukaty<br>13155 Noel Road<br>Suite 900<br>Dallas, TX 75240-6882 | Marudhar<br>SY No 277-1 & 277-2 Reddiyur<br>Pottanen-Virudhasampally Rd.<br>Pottanen Village, Meuur Dam-636 453<br>Tamil Nadu, India |
| Meditarranean Shipping Company<br>700 Watermark Blvd.<br>Mount Pleasant, SC 29464-5729 | Mehta Legal<br>3400 Airport Avenue<br>Suite 20<br>Santa Monica, CA 90405-6123 | Mirasol Soapston<br>3372 S. El Rancho Road<br>Salt Lake City, UT 84109-3212 |

| | | |
|---|---|---|
| PKD Logistics<br>5604 Wendy Bagwell Parkway<br>Suite 223<br>Hirma, GA 30141-7814 | Paccar Leasing Company<br>10620 N. Stemmons Freeway<br>Dallas, TX 75220-2427 | Philip D. Collins & Associates, P.C.<br>Attn: Craig Luffy<br>9330 LBJ Freeway, Suite 810<br>Dallas, TX 75243-4338 |
| Polycor<br>76 rue Saint Paul, Suite 100<br>Quebec City Quebec G1K 349<br>Canada | Primestone<br>45 Sheppard Avenue, Suite 412<br>Toronto, ON M2N 5W9<br>Canada | Proserv<br>PO Box 670965<br>Houston, TX 77267-0965 |
| Quintairos Prieto Wood & Boyer<br>9200 South Dadeline Blvd.<br>Suite 100<br>Miami, FL 33156-2703 | RNS Properties, LLC<br>1540 Champion Drive<br>Carrollton, TX 75006-6813 | Rajendra Pahuja<br>908 Berkshire Road<br>Southlake, TX 76092-4926 |
| Red Graniti SPA<br>54100 Massa -MS Italy Bia<br>Dorsal 12 Italy | Ritu Pahuja<br>908 Berkshire Road<br>Southlake, TX 76092-4926 | Santo Antonio<br>Rod. DO Contorno KM 2.5<br>Fazenda Monte, Libano Mail Box 456<br>Cachoerio DO Itapemirim 29300<br>Brazil |
| Saudi Marble Granite<br>844 Valley Road<br>Wayne, NJ 07470-2942 | Savino Del Bene<br>1905 S. Mount Prospect Rd.<br>Unit D<br>Des Plaines, IL 60018-1856 | Shi - Hwa Stones Co. Ltd.<br>2816 Tice Creek Drive<br>Suite 7<br>Walnut Creek, CA 94595-3216 |
| Siva Stones<br>Plot No 3 & 4 Apiic BP Sez Annani Villag<br>Maddipadu Mandal Prakasam<br>Dist Ap India | Tarrant County<br>Linebarger, Goggan, Blair & Sampson, LLC<br>CO Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Teller Levit & Silvertrust PC<br>19 South LaSalle Street<br>Suite 701<br>Chicago, IL 60603-6369 |
| Texas Comptroller of Public Accounts<br>Courtney J. Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| Thor Granitos<br>Rua Murilo Portugal<br>112 4 Andars Francisco Niter<br>Rio De Janerio BR 24360-410 | U. S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U. S. Trustees Office<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| UMB Bank N.A.<br>1010 Grand Blvd.<br>Kansas City, MO 64106-2220 | UMB Corporate Card<br>PO Box 419734<br>Kansas City, MO 64141-6734 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Valwood Improvement Authority<br>CO Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Valwood Improvment Authority<br>c/o Perdue Brandon Fielder et al<br>500 E Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | Vickers<br>10F., No. 7, Sec. 1 Dunhua South Road<br>Songshan District<br>Taipei City, 105 Taiwan |

| | | |
|---|---|---|
| Weha<br>7606 Whitehall Executive Center Drive<br>Suite 400<br>Charlotte, NC 28273-0122 | West Quartz<br>3520 W. Miller Rod, Suite 130<br>Garland, TX 75041-6031 | Xiamen Further Star<br>Room 1502 No. 201<br>Hongye Building Hubin Road<br>Xiamen China |

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | (d)Internal Revenue Service<br>Ogden, UT 84201 | Texas Comptroller of Public Accounts<br>Revenue Accting Div - Bankr Section<br>PO Box 13528<br>Austin, TX 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Rafiky International Inc. d/b/a West Q | (u)Selva Stone Export, LTD | (u)Anjalee Granite<br>Plot No. 32, APIIC BP SEZ<br>Annangi Village<br>Maddipadu Mandal, Prakasam |
| (u)Marmi Rocco<br>Via del Marmo 285-e<br>37020 Volargne di bolce<br>Verona | (u)Pedra Do Frade<br>Rod BR 101 Km 396<br>s-n - Permetral<br>Rio Novo do Sul-ES-Brazil<br>29.290-000 Postal Service 15 | (u)Sati Granite<br>Sy NO 566-567 & 39-2<br>Kamandoddi & Subburgiri -Village<br>Pathakotta Rd, Hosur - 635 117 |
| (u)Sava Stone<br>Sede Amm:37015 Domegliara<br>ialy Bia Casetta 7 34A | (u)Selva Stone<br>399-1-5, Sanlinayanapalli Village<br>Emakkainatham Post<br>Bargue-635104, Krishnagiri, DR | (u)Stone Mix<br>Rod. Engenhero Fabiano Vivacqua<br>SN - JM 1.8 - Central Praque<br>Cachoerio De Itapemirim<br>ES - CEP 29313-158 |
| (u)UMB Bank, N. A. | End of Label Matrix<br>Mailable recipients    93<br>Bypassed recipients    10<br>Total                 103 | |

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ATLAS STONE DISTRIBUTION, INC., | § § | CASE NO. 19-31006-sgj<br>Chapter 11 |
| Debtor. | § | |

**DECLARATION OF PAUL LUFKIN**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. "My name is Paul Lufkin. I am over eighteen (18) years of age. I am associated with the CFO advisory firm of CMA Partners, LLC as the Chief Operating Officer; however, I am offering to provide CRO services to the Debtor, Atlas Stone Distribution. My office is located at 1300 S. University Drive, Suite 250, Fort Worth, Texas 76107. I have never been convicted of a crime and am fully competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I do not have pre-petition balance due from the Debtor and do not hold a claim against the Debtor for services provided prior to the filing of this bankruptcy case.

3. To the best of my knowledge, I am a disinterested person as defined in Section 101(13) of the Bankruptcy Code.

Declaration of Paul Lufkin
Page 1



4. I am not a creditor and not an insider of the Debtor nor an employee of the office of the U.S. Trustee.

5. The proposed Terms of Retention are attached hereto as Exhibit "1" and incorporated herein by this reference as if set forth in full for all purposes.

6. My resume is attached hereto as Exhibit "2" and incorporated herein by this reference as if set forth in full for all purposes.

I hereby make the foregoing statements under the penalty of perjury and they are all true and correct.

Executed this 9Th day of April, 2019.

_____
Paul Lufkin

**TERMS OF RETENTION**

- Overall management of the Debtor of the company including hiring and firing, defining employees' duties and responsibilities, and establishing compensation rates;
- Preparation of schedules and the statement of financial affairs and preparation of monthly operating reports to support the Chapter 11 case administration;
- Review and assess cash flow and prepare forecasts and projections, and monitor actual cash flow versus projections;
- Prepare updated cash flow projections as needed to be filed with the court;
- Assist in preparing and assembling information for exhibits to motions for relief that may be filed with the court and support the Debtor's bankruptcy counsel in same;
- Provide testimony in bankruptcy court hearings as required;
- Administer post-petition banking facilities;
- Review ongoing strategic initiatives and assess financial and liquidity impact;
- Negotiate/Communicate with lenders, creditors and stakeholders during the bankruptcy proceeding;
- Coordinate sales of assets, as may be required;
- Direct operations with management including oversight and approval of disbursements, and approval of all contracts and administrative services;
- Preparation of periodic progress reports and review financial results with stakeholders and lenders;
- Engage personnel and professionals as may be required for orderly administration of bankruptcy case and the Company; and
- Such other duties as mutually agreed upon or otherwise approved by the Court.

\*Subject to approval by the Bankruptcy Court.
\*Rates as set forth in Application for Retention and subject to change on 30 days' notice to client and court.

**EXHIBIT "1"**

**Paul G. Lufkin**
3228 River Bend Drive
Hurst, TX 76054
469-340-2810

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | Former Certified Public Accountant, Oklahoma from 1985 to 1992. License lapsed for other pursuits |
| July 12 – Present | **CRESTVIEW ADVISORS / CMA PARTNERS**  *Chief Operating Officer*<br>- Preparation of sale of companies - LW Environmental Services 2013, Oklahoma Prime Energy 2018<br>- Successful in raising $15 Million in total commercial loans and lines<br>- New Phoenix Metals, assistant to CRO, Systems work to satisfy court reporting requirements<br>- AGAP Life Offerings, assistant to CRO, Systems work to satisfy court reporting requirements |
| Nov 08 – July 12 | **LIVING WATER FUNDING / Bedford, TX**  *Owner*<br>- Successful in raising $5 Million in total commercial loans and lines |
| July 05 – Nov 08 | **QUEST CONCEPTS LLC / Keller, TX**  *Chief Financial Officer*<br>- Luxury Home Builder, responsible for all financial processes and functions |
| July 99 – Nov 07 | **REDLINER EQUIPMENT, Ada, OK**  *Owner and Creator*<br>- Online Internet Surplus Industrial Equipment, 1,500 page website |
| Oct 94 – Feb 99 | **THE GOOD WATER COMPANY, Ruidoso, NM / Ada, OK**  *Owner*<br>- Half a million in sales.<br>- The Largest Water Purification Company on the Internet in terms of number of products carried and number of world wide web pages.<br>- Featured on Home and Garden TV as the Water Expert for 21st Century Homes.<br>- Sold company in February 1999 to an Oil Company – Aladdin Middle East |
| Nov 91 - Oct 94 | **RECOLL MANAGEMENT, Boston MA**  *Special Projects Coordinator, ORE Division*<br>- Responsible for writing Other Real Estate Owned division report<br>- Managing and Marketing former assets of Bank of New England on behalf of the FDIC. $6 Billion dollar portfolio. $700 Million Real Estate Portfolio.<br>- Coordinated all special projects within real estate division.<br>- Designed, programmed, and implemented Real Estate Database for entire division of 100 people. Direct report to Division Head. |
| April 89 - April 91 | **CYRK INTERNATIONAL, Gloucester, MA**  *Controller*<br>- $2.5 Million importer of custom made sports bags<br>- Responsible for entire accounting function.<br>    - Designed and programmed Importing tracking model.<br>    - Financial Statements, cost analysis, budgets, taxes.<br>    - P.O. Issuance, generation of Letters of Credit, broker communications, cash management. |
| July 88 - March 89 | **T. KARONIS INC., Marblehead, MA**  *Controller*<br>- $3 Million construction company (no longer in operation).<br>- Responsible for entire accounting function.<br>    - Designed and programmed all accounting and reporting software.<br>    - Designed and programmed job cost system. |
| June 87 – July 88 | **MISSIONARY TO THE PHILIPPINES**<br>Under the oversight of Burlington church of Christ, Burlington, MA. Wayne Carroll and Jim Woodruff, Elders |
| August 85 - Feb 87 | **BOSTON CHURCH OF CHRIST, Lexington, MA**  *Controller*<br>- Responsible for Mission Budgets, Cost Analysis, Record Reconstruction<br>- Responsible for entire day to day accounting function. |
| **EDUCATION** | **Oklahoma University, Norman, OK**<br>Bachelor of Arts in Public Administration, December 1981, GPA: 3.43/4.0 |
| **PERSONAL** | Born January 2, 1960 - Five children - Married - References available upon request |

**EXHIBIT "2"**