**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Atlas Stone Distribution, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-31006-sgj** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                      **Current value of debtor's interest**

2.  **Cash on hand**                                                                        _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **MB Financial Business Operating account** | **Checking account** | 5 3 9 8 | $0.01 |
| 3.2. | **MB Financial Operating account** Negative balance of $148.89 on petition date | **Checking account** | 4 5 8 8 | $0.00 |
| 3.3. | **Legacy Texas DIP account** | **Checking account** | 6 1 7 6 | $0.00 |
| 3.4. | **Bank of America Operating account** Had a negative balance of $15.00 on petition date | **Checking account** | 9 4 4 6 | $0.00 |
| 3.5. | **UMB Operating account** | **Checking account** | 0 0 7 7 | $26,157.20 |
| 3.6. | **UMB ZBA account** | **Checking account** | 9 8 9 1 | $0.00 |

4.  **Other cash equivalents**      *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.           | $26,157.21 |

Debtor **Atlas Stone Distribution, Inc.**
Name

Case number (if known) **19-31006-sgj**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of
   debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | **Truck Security Deposit (NEED TRUCK DESCRIPTION)** | **$7,500.00** |
   | 7.2. | **BBK Westport**<br>**Security Deposit for St. Louis Property** | **$13,377.90** |
   | 7.3. | **Gullo Properties**<br>**Security Deposit for Old Chicago Property** | **$48,686.73** |
   | 7.4. | **PACCAR**<br>**Security Deposit on Leased 2019 Peterbilt 348 Truck located in Chicago** | **$7,500.00** |
   | 7.5. | **Zucchi (Brazilian Supplier)**<br>**Security deposit to buy inventory** | **$9,000.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   | | | |
   |---|---|---|
   | 8.1. | **Atradeus**<br>**Credit Insurance**<br>**$20,898 annual premium** | **$402.65** |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   **$86,467.28**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    Current value of
    debtor's interest

    ** A/R Schedule to be provided. Awaiting results
    of UMB Bank's field audit.**

11. **Accounts receivable**

    | | | | | | |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | **$0.00**<br>face amount | – | **$0.00**<br>doubtful or uncollectible accounts | = .............. → | **$0.00** |
    | 11b. Over 90 days old: | **$0.00**<br>face amount | – | **$0.00**<br>doubtful or uncollectible accounts | = .............. → | **$0.00** |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$0.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

Debtor **Atlas Stone Distribution, Inc.**      Case number (if known) **19-31006-sgj**
_____
Name

| | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:               % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.        **$0.00**

---

**Part 5: Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the<br>last physical<br>inventory<br>MM/DD/YYYY | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **Slabs for resale**<br>**Values to be provided - awaiting**<br>**results of UMB Bank's field audit** | | | Weighted Average | Unknown |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.        **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value   **$69,958.66**     Valuation method   **Cost**     Current value   **$69,958.66**

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**   *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**   (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.
<div style="text-align:right">$0.00</div>

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| **Office Furniture** | | | $15,000.00 |
|---|---|---|---|

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| **Office Equipment** | | | $25,000.00 |
|---|---|---|---|
| **NEC Telephone Systems** **Located in Dallas and Chicago** | | | $5,000.00 |

**42. Collectibles**   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.
<div style="text-align:right">$45,000.00</div>

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Debtor **Atlas Stone Distribution, Inc.**       Case number (if known) **19-31006-sgj**
_____
Name

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black;color:white;padding:2px;">**Part 8:**    **Machinery, equipment, and vehicles**</div>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **Vehicles:**

**St. Louis Location:**
**2012 Chevrolet Silverado (VIN xxxxxx8350)**
**24 Ft. Utility Trailer**

**Chicago Location:**
**2013 Honda Accord (VIN xxxxx2142)**

**Dallas Location:**
**2015 Toyota Camry (VIN xxxxxx8148)**
**2015 Toyota Corolla (VIN xxxxxx4995)**
**2015 Toyota Rav 4 (VIN xxxxxx4189)**

**Leased Vehicles:**
**2016 Range Rover SC (Chase Bank) (VIN xxxxxx4869)**
**2019 Freightliner 114 SD Flat Bed (Penske) (VIN xxxxxx2056)**
**2019 Peterbilt 348 Truck (PACCAR) (VIN xxxxxx1710)**
**2015 Kenworth T680 Truck (PACCAR) VIN xxxxxx5187)**    $160,988.31    KBB    $112,459.80

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**7 Forklifts**
**Located in Dallas, Chicago, and St. Louis locations**    $95,898.98    $70,000.00

**Crane**
**Located in Dallas**    $100,000.00

**Racks and A-Frames**
**Located in Dallas, Chicago and St. Louis**    $36,866.00    $36,000.00

**Misc. Other Warehouse Equipment**
**Located in Dallas, Chicago and St. Louis**    $20,000.00

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.    | **$338,459.80** |

Debtor   **Atlas Stone Distribution, Inc.**
_____
         Name

Case number (if known)   **19-31006-sgj**
_____

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1540 Champions Drive, Suite 200,<br>Carrollton, TX<br>Leased Warehouse and Office<br>27,000 total square feet** | Lease | | | $0.00 |
| 55.2.   **3121 Tollview Dr.<br>Rolling Meadows, IL<br>Leased Premises<br>22,644 total square feet** | Lease | | | $0.00 |
| 55.3.   **10602 Trenton Ave.<br>St.Louis, MO<br>Leased Premises<br>21,123 total square feet** | Lease | | | $0.00 |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor    **Atlas Stone Distribution, Inc.**            Case number (if known)    **19-31006-sgj**
         Name

**61.**   **Internet domain names and websites**

**62.**   **Licenses, franchises, and royalties**

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.                **$0.00**

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
     ☑ No
     ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 11:   All other assets**

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

                                                 **Current value of**
                                                 **debtor's interest**

**71.**   **Notes receivable**

     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                **$0.00**

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor  **Atlas Stone Distribution, Inc.**                              Case number (if known)  __19-31006-sgj__
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $26,157.21 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $86,467.28 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $45,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $338,459.80 | |
| 88. **Real property.** Copy line 56, Part 9.............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $496,084.29 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................ | | $496,084.29 |

**Fill in this information to identify the case:**

Debtor name **Atlas Stone Distribution, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31006-sgj**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>Comerica Bank | **Describe debtor's property that is subject to a lien**<br>**Crane** | $3,087,239.00 | $3,200,000.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**1717 Main Street**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Dallas** **TX** **75201**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$11,122,757.92

Debtor **Atlas Stone Distribution, Inc.**                      Case number (if known) **19-31006-sgj**

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**

**Creditor's name**
**Paccar Leasing Company**

**Creditor's mailing address**
**777 106th Avenue**

**Bellevue        WA  98004**

**Creditor's email address, if known**

**Date debt was incurred**    **11/1/2011**

**Last 4 digits of account number**    **2  0  1  5**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Lease of Tractor Trailer and Flat Bed Trucks**

**Describe the lien**

**Lease of Peterbilt 348 Flat Bed Truck**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**        **$0.00**

**2.3**

**Creditor's name**
**Penske Truck Leasing Co., L.P.**

**Creditor's mailing address**
**2210 S. 7th Street**

**St. Louis        MO  63104**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Flat Bed Truck Lease**

**Describe the lien**

**Contract/Lease / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **$0.00**

**Flat Bed Truck Lease**

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) **19-31006-sgj** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

**Creditor's name**
UMB Bank N.A.

**Creditor's mailing address**
1010 Grand Blvd.

Kansas City          MO    64106

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Assets of Debtor**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Column A:** $8,035,518.92      **Column B:** $146,000.00

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor | **Atlas Stone Distribution, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-31006-sgj** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Dallas County**

**co Linebarger Goggan Blair & Sampson**

**2777 N. Stemmons Frwy, Suite 1000**

**Dallas**      **TX**     **75207**

Date or dates debt was incurred

**2016**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$104,609.48**    Priority amount **$104,609.48**

**2.2** Priority creditor's name and mailing address

**Illinois Dept. of Revenue**

**Attn: Bankruptcy Unit**

**PO Box 19035**

**Springfield**      **IL**     **62794-9035**

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax Penalty**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$87,319.28**    Priority amount **$87,319.28**

Debtor **Atlas Stone Distribution, Inc.**      Case number (if known) **19-31006-sgj**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                    **Total claim**      **Priority amount**

**2.3**   Priority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$162,385.13**     **$162,385.13**

**Internal Revenue Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Income Taxes & 6721 penalty**

**Ogden**     **UT**     **84201**

Date or dates debt was incurred
**2011, 2014, 2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number   **8**   **4**   **8**   **9**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

**2.4**   Priority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$101,305.00**     **$101,305.00**

**Internal Revenue Service**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Income Taxes**

**Ogden**     **UT**     **84201**

Date or dates debt was incurred
**2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number   **8**   **4**   **8**   **9**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

**Income taxes for non-filed return; return to be revised for unrecorded liabilities**

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**7 Impex**

**269, Ram Nagar Extension**

**Jhotwra Area Jaipur**

**Rajasthan India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**A & S Services Group LLC**

**883 East Tolna Road**

**New Freedmon**          **PA      17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Accent Graphics**

**523 E. Rock Island Road**

**Grand Prairie**          **TX      75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Access America Transport**

**PO Box 740048**

**Atlanta**          **GA      30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$500.00**

**Acess Group**

**PO Box 427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Destrehan** | **LA** | **70047** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$500.00**

**Acme Stone**

**G-451, Road #12, Industrial Area**

**Chembur Maharashtra**

**400071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$500.00**

**Acme Transportation Company**

**PO Box 388549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Bedford Park** | **IL** | **60638** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$500.00**

**Active Granite Commercial Inc.**

**11051 Dennis Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75229** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**Admiral Graphics**

**547 West Golf Road**

**Arlington Heights    IL    60005**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$100.00

**3.10** Nonpriority creditor's name and mailing address

**Affton Trucking**

**2220 Otay Lakes Road**

**Suite 502-619**

**Chula Vista    CA    91915**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$100.00

**3.11** Nonpriority creditor's name and mailing address

**Air Dynamics**

**3250 Story Road W.**

**Irving    TX    75038**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$100.00

**3.12** Nonpriority creditor's name and mailing address

**Airhant Impex**

**48 West 48th Street, Suite 712**

**New York    NY    10036**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$6,200.00

Debtor **Atlas Stone Distribution, Inc.**                           Case number (if known) **19-31006-sgj**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

**Alfa Graniti Brasil Ltda**

**AV Civit, 2736 Pedrinhas - civit 1**

**Serra-ES, Brazil 27-3282-0939**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                        Is the claim subject to offset?
- [x] No
Last 4 digits of account number  __ __ __ __        - [ ] Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

**Alianca**

**c/o JPMorgan Chase**

**4 Chase Metrotech Center**

**7th Floor**

**East Brooklyn**                    **NY**      **11245**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                        Is the claim subject to offset?
- [x] No
Last 4 digits of account number  __ __ __ __        - [ ] Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,799.96 |

**Alliance Stone Marmores Granitos Ltda**

**RUA:Angelo Basoni**

**S/N - Soturno - Cachoeiro de Itapemirim**

**PO Box 561 55**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                        Is the claim subject to offset?
- [x] No
Last 4 digits of account number  __ __ __ __        - [ ] Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**Allied Painting**

**11N263 Brookside Drive**

**Unit G**

**Elgin**                    **IL**      **60123**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                        Is the claim subject to offset?
- [x] No
Last 4 digits of account number  __ __ __ __        - [ ] Yes

---

Debtor **Atlas Stone Distribution, Inc.**                    Case number (if known) **19-31006-sgj**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**American Express**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**American Freight Logistics Inc.**

**17733 Rowland Street**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**City of Industry          CA     91748**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,415.33 |

**Andrade**

**RUA UM, Quadra UM**

**S/N CIVIT 1-29.168-020**

**Serra - ES, Brazil**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,855.80 |

**Anjalee Granite**

**Plot #32, APIIC BP SEZ**

**Annangi Village**

**Maddipadu Mandal, Prakasam**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Anjalee Granites Pvt Ltd.**

**Plot no 32, APIIC SEZ Road**

**Annangi village, maddipadu mandal**

**Venkateswarapuram, Andhra Pradesh**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

$13,855.85

**3.22** Nonpriority creditor's name and mailing address

**Antolini Luigi**

**Plot #32, APIIC BP SEZ**

**Annangi Village**

**Maddipadu Mandal, Prakasam**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

$500.00

**3.23** Nonpriority creditor's name and mailing address

**Apollo Logistics**

**5201 Blue Lagoon Drive**

**8th Floor, Suite 881**

**Miami**       **FL**    **33126**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

$693.01

**3.24** Nonpriority creditor's name and mailing address

**Arkay Glenrock Pvt Ltd.**

**7/23 B, Nilakotti Road**

**Near Sempatti Pachamalayankottai**

**624 707, Dindigul Dist. Tamil Nadu**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

$375.00

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$865.00**

**ATS Logistics**

**10558 Taconic Terrace**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Cincinnati** | **OH** | **45215** |
| --- | --- | --- |

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$40,970.04**

**BBK Westport**

**1401 S. Brentwood Blvd., Suite 900**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **St. Louis** | **MO** | **63144** |
| --- | --- | --- |

**Rent Arrearages**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Lease of St. Louis Location**

---

| 3.27 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$20,000.00**

**BBVA Compass Credit Card**

**PO Box 830139**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Birmingham** | **AL** | **35283** |
| --- | --- | --- |

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$325.00**

**BNSF Railway**

**2500 Lou Menk Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Fort Worth** | **TX** | **76131** |
| --- | --- | --- |

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor **Atlas Stone Distribution, Inc.**             Case number (if known) **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                   Amount of claim

**3.29**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$100.00**
*Check all that apply.*

**Bramagran**
**Rod. Fued Nemer km 07**     ☐ Contingent
**sn Aracui Castelo**     ☐ Unliquidated
**ES Brazil 29360-000**     ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      Is the claim subject to offset?
                                      ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.30**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:          **$12,155.43**
*Check all that apply.*

**Brasigran**
**Rua 3B n 115 Civit II**     ☐ Contingent
**Serra ES Brazil 29168-069**     ☐ Unliquidated
                                 ☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      Is the claim subject to offset?
                                      ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.31**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$500.00**
*Check all that apply.*

**Broadway Intermodal**
**PO Box 847**     ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

Basis for the claim:
**Manuta**       **OH**   **44255**    **Business Debt**

Date or dates debt was incurred      Is the claim subject to offset?
                                      ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.32**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:           **$2,554.00**
*Check all that apply.*

**Calvi Granitos Ltda**
**Rua Vitorio Ravera**     ☐ Contingent
**Vargem Cachoeiro DE**     ☐ Unliquidated
**Itapemirim Brazil 239321**     ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      Is the claim subject to offset?
                                      ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor __**Atlas Stone Distribution, Inc.**__ Case number (if known) __**19-31006-sgj**__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

Check all that apply.

__**Canal Cartage Company**__

__**PO Box 671502**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__**Dallas**__ __**TX**__ __**75267**__ __**Business Debt**__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,008.72 |

Check all that apply.

__**Centrestone Granite**__

__**1 Saramia Crescent**__

__**Concord, Ontario L4K 356**__

__**Canada**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__**Business Debt**__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,500.00 |

Check all that apply.

__**Chase Credit Card**__

__**1820 E. Jackson Rd.**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__**Carrollton**__ __**TX**__ __**75006**__ __**Business Debt**__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,605.24 |

Check all that apply.

__**Choan Changie Ceramic Co.**__

__**Fengyi Development area**__

__**Gengyang, Guxiang Chaozhou**__

__**Guandong China**__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

__**Judgment**__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$5,950.00** |

Check all that apply.

**Cincinnati Insurance**

**9330 LBJ Freeway, Suite 810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Dallas** | **TX** | **75243** | **Lawsuit & Agreed Judgment** |

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,380.00** |

Check all that apply.

**CMA CGM (America) LLC**

**5701 Lake Wright Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Norfolk** | **VA** | **23502** | **Business Debt** |

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$21,000.00** |

Check all that apply.

**Colliers Industrial**

**4520 Main Street**

**Suite 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Kansas City** | **MO** | **64101** | **Business Debt** |

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$572,485.85** |

Check all that apply.

**Colors of Brazil**

**3333 Lee Parkway, Suite 600**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| **Dallas** | **TX** | **75219** | **Business Debt** |

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$432,840.52** |
|---|---|---|---|

*Check all that apply.*

**Colors of India**

**3333 Lee Parkway, Suite 600**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75219** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

*Check all that apply.*

**Command Transportation**

**600 W. Chicago Avenue**

**Suite 725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60654** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

*Check all that apply.*

**Concentra**

**PO Box 488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Lombard** | **IL** | **60148** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,931.76** |
|---|---|---|---|

*Check all that apply.*

**Costa Granitos**

**Rus Atalydes Moreira de Sousa**

**502 CIVIT1 - Serra - Espirito Santo**

**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Atlas Stone Distribution, Inc.**                    Case number (if known) **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35,102.12 |

**Coyote Logistics**

**960 North Point Parkway, Suite 150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Alpharetta** | **GA** | **30005** | **Judgment** |

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $500.00 |

**CRL Trucking**

**4137 Banner Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Houston** | **TX** | **77013** | **Business Debt** |

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,022.00 |

**CRP-2 Mid South Industrial LLC**

**16253 Swingley Ridge Rd., Suite 150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Chesterfield** | **MO** | **63017** | **Business Debt** |

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 |

**CRST International**

**PO Box 71573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Chicago** | **IL** | **60694** | **Business Debt** |

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.00 |
|---|---|---|---|

*Check all that apply.*

CT Corporation

3 University Plaza Drive

Suite 506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Hackensack | NJ | 07601 |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.00 |
|---|---|---|---|

*Check all that apply.*

CT Lien Solutions

PO Box 301133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75303 |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

*Check all that apply.*

Danesi USA Collections

7500 NW 25 Street

Suite 284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Miami | FL | 33122 |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

*Check all that apply.*

Dascher Transport of America, Inc.

801 Hanover Drive, Suite 200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Grapevine | TX | 76051 |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** |

*Check all that apply.*

**Dean Motor Express**

**10500 McIntosh Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pataskala**     **OH**    **43062**    **Business Debt**

Date or dates debt was incurred     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$77.90** |

*Check all that apply.*

**Decolores Italia**

**3333 Lee Parkway**

**Suite 600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**     **TX**    **75219**    **Business Debt**

Date or dates debt was incurred     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** |

*Check all that apply.*

**Decolores Marmores**

**Rod. Governador Lacerda de Agular**

**S/N Km 11, Coroheiro de Itapemirim**

**ES Brazil 55 28 3533 4997**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,290.00** |

*Check all that apply.*

**Del Sol Management**

**PO Box 565714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**     **TX**    **75356**    **Business Debt**

Date or dates debt was incurred     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$432.00** |

**Direct Trucking**

**2040 N. Mannheim Rd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Melrose Park**    **IL**    **60160**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.00** |

**Double VV Inc.**

**PO Box 171025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City**    **KS**    **66117**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,085.00** |

**Echo Logistics**

**600 West Chicago Ave., Suite 725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**    **IL**    **60654**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,761.82** |

**Elegant Stone**

**1050 Nelson parkway**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Viroqua**    **WI**    **54665**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,761.82 |
|---|---|---|---|

Check all that apply.

**Elegant Surfaces LLC**

**15 McGinnis St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**East Brunswick          NJ      08816**          **Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __          ☒ No
☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,291.78 |
|---|---|---|---|

Check all that apply.

**Esse International**

**3372 S. El Rancho Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Salt Lake City          UT      84109**          **Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __          ☒ No
☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

Check all that apply.

**Euro CKP Sa**

**Atradius Collections Inc.**

**3500 Lacey Rd., Suite 220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Downers Grove          IL      60515**          **Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __          ☒ No
☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,419.20 |
|---|---|---|---|

Check all that apply.

**Export Development Canada / Primestone**

**c/o Anthony J. Begon**

**Bell Nunnally & Martin LLP**

**2323 Ross Aveue, Suite 1900**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

**Dallas          TX      75201**          **Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __          ☒ No
☐ Yes

Debtor **Atlas Stone Distribution, Inc.**                    Case number (if known) **19-31006-sgj**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,777.33 |

**Exportacao Gramobel**

**Rod Atilio Vivacqua x br**

**101 SN Centa Atilio Vivacqua**

**ES 2949000**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**Farber Financing Solutions**

**150 York Street, Suite 1600**

**Toronto, Ontario**

**Canada M5H 3S5**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**FBF Granitos**

**70 Waterford Way, Suite 200**

**Miami**                    **FL**    **33126**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**Fore Transport**

**250 E. 167th Street**

**Harvey**                    **IL**    **60426**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**Fortuna Granitos**

**12614 Torbay Drive**

**Boca Raton** FL 33428

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,780.29**

---

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**Foshan Hero Stone**

**No. 38 QianCai Street**

**GaoMing district Foshan**

**Guangdong 51850**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**Foshan Yixin Stone**

**No. 97 Lugang Industrial**

**Genghe Dadao Genghe Town**

**Gaoming District, Foshan City**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**Fredriksen Fire Equipment**

**PO Box 714**

**Bedford Park** IL 60499

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

| Debtor | **Atlas Stone Distribution, Inc.** | | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73** Nonpriority creditor's name and mailing address

**Freight Tech Cartage Inc.**

**PO Box 100920**

**Atlanta**      **GA**    **30384**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

**3.74** Nonpriority creditor's name and mailing address

**Fusion Logistics**

**PO Box 1450**

**Minneapolis**      **MN**    **55485**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

**3.75** Nonpriority creditor's name and mailing address

**Gaurav Pahuja**

**908 Berkshire Road**

**Southlake**      **TX**    **76092**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unpaid Salary**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,332.88**

---

**3.76** Nonpriority creditor's name and mailing address

**Gig Beteiligungs Und**

**Industriestr. 30**

**4800 Attnang-Puchheium**

**Austria**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

**GMC SPA**

**Sede Legle: Via Del Cavatore**

**10/A 54033**

**Carrara, Italy**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.00**

---

**3.78** Nonpriority creditor's name and mailing address

**GMI Stone**

**10574 King Williams Drive**

**Dallas**     **TX**    **75220**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37,735.49**

---

**3.79** Nonpriority creditor's name and mailing address

**Golden Eagle Spotting Co.**

**PO Box 931**

**Hannnibal**     **MO**    **63401**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

**3.80** Nonpriority creditor's name and mailing address

**GP Granitos**

**CNPJ: 08.004.349/0001-03**

**Rua Projetada II - Monte Cristo**

**CEP 29312085 Cachoeiro**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.00**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**GR.I.Mar**

**Via Goffredo Mameli**

**120, 61100 Pesaro**

**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,400.84** |

**Gramazini**

**Corrego do P acote, s/n - Distrito**

**de Vila Paulista**

**Barra de Sao Francisco - ES, 29800-000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,777.33** |

**Gramobel**

**Rod. ES 489, s/n - Km 03**

**CEP 29.490-000**

**Atilio Vivacqua ES Brasil**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,176.83** |

**Granite Global Distribution**

**527-A Atando Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlotte        NC    28206**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$100.00

**GraniteX S.P.A.**

**Via Luigi Carrara**

**14 Grezzana**

**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$14,632.51

**Graniti Export**

**Rod. Nova Veneccia Colatina**

**KM 126.5, Lote 2, Quadra 1**

**Polo Industrail, Sao Cristovao - CEP**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,512.89

**GTS Cargo**

**1760 NW 94th Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Miami**      **FL**    **33172**

**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$16,036.00

**Guangdong Dongyuan Kitchenware Ind. Co,**

**No. 3 Erhuan Road**

**Xingtan Town, Shunde, Foshan City**

**Guangdong China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,886.00** |
|---|---|---|---|

**Guidoni**

**Rod. Do Cafe km48 Zona Rural**

**Sao Domingos do Norte**

**Brazil 29745**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56,912.52** |
|---|---|---|---|

**Gullo International**

**1100 Landmeir Rd.**

**Elk Grove Village          IL          60007**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**GVS Exports**

**H. No#37/1/406-46A**

**Bhagya Nagar, 2nd Line**

**Ongole Prakasam Dist. AP**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Hanjin Shipping Americas LLC**

**3075 W. Ray Road**

**Suite 500**

**Chandler          AZ          85226**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93** Nonpriority creditor's name and mailing address

$158.03

**Hapag-Lloyd**

**3030 Warrenville Rd., Suite 500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Isle**   IL   **60532**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.94** Nonpriority creditor's name and mailing address

$100.00

**Heera Granite**

**301 Westminster, 13 Cunningham Rd.**

**Bangalore 560052 Factory**

**SY No 4 Vaderamanhanahalli**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.95** Nonpriority creditor's name and mailing address

$1,000.00

**Hiltop Granite**

**12401 N. Stemmons Freeway**

**Suite 140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Farmers Branch**   TX   **75234**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.96** Nonpriority creditor's name and mailing address

$500.00

**Himalaya Exports**

**P-61 Raj Aagan NRI Colony**

**Pratap Nagar**

**Bangalose, TN**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Honda Financial Services**

**PO Box 60001**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**City of Industry**        **CA**    **91716**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,327.80** |
|---|---|---|---|

**Honor World Wide Logistics, LLC**

**5200 Hollister Street, Suite 101**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**    **77040**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Huizhou**

**Yanwu Industrial District**

**Jiaoyuan Rd. Shiwan Town**

**Xiamin, China**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,979.29** |
|---|---|---|---|

**Industria De Marmores E. Granitos**

**Pedra Do Frade Ltd.**

**Rod. Br 101,KM 393,S/N Perimetral**

**Rio Novo Do Sul-Espirito**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor **Atlas Stone Distribution, Inc.**                    Case number (if known) **19-31006-sgj**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** |

*Check all that apply.*

**Ingranstones LLC**

**1421 Hutton Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Carrollton**               **TX**     **75006**          **Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53,688.17** |

*Check all that apply.*

**Instyle Granite and Marble**

**8255 Campwood**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**               **TX**     **77055**          **Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135,896.00** |

*Check all that apply.*

**Interglobo**

**2 Colony Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Jersey City**               **NJ**     **07305**          **Judgment**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54,374.93** |

*Check all that apply.*

**International Stones**

**Plot-E5, Spicot Ph 2 Road**

**Sipcot, Phase II Industrial Complex**

**Spicot Ph 2, Housur**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Judgment**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105** Nonpriority creditor's name and mailing address

**JAS Forwarding (USA) Inc.**

**4900 St. Joe Blvd.,**

**Building 100, Suite 400**

**College Park, A 30337**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.00**

---

**3.106** Nonpriority creditor's name and mailing address

**Kangli Stone Co. Ltd.**

**Xijin Industrial District**

**Shuitou Town**

**Nanan, Fujian**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$467.00**

---

**3.107** Nonpriority creditor's name and mailing address

**KIVA Stone**

**10574 King Williams Drive**

**Dallas** **TX** **75220**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22,117.00**

---

**3.108** Nonpriority creditor's name and mailing address

**Krishna Sai**

**Survey #325/1A2, 1B,2A & 2C**

**P. Gidipadu, S.N. Padu Mandal**

**Prakasam - Dist, AP-523 225**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

| Debtor | Atlas Stone Distribution, Inc. | Case number (if known) | 19-31006-sgj |
|--------|-------------------------------|------------------------|--------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.109**  Nonpriority creditor's name and mailing address

Land Rover Dallas

PO Box 78074

Phoenix          AZ      85062

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,670.44

**3.110**  Nonpriority creditor's name and mailing address

Levin Ginsburg

180 North LaSalle Street

Suite 3200

Chicago          IL      60601-2800

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$867.50

**3.111**  Nonpriority creditor's name and mailing address

Lift Truck Sales & Service, Inc.

2720 Nicholson Ave.

Kansas City, M O 64120

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$620.31

**3.112**  Nonpriority creditor's name and mailing address

Lonestar Lift

4213 Forest Lane

Garland          TX      75042

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$100.00

Debtor **Atlas Stone Distribution, Inc.**　　　　　　　Case number (if known) **19-31006-sgj**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　　　　　　Amount of claim

---

**3.113** Nonpriority creditor's name and mailing address　　　　As of the petition filing date, the claim is:　　　　**$14,480.00**
*Check all that apply.*

**M.M. Rocks Pvt Ltd.**
☐ Contingent
**172UU, Ida, Bollaram**
☐ Unliquidated
**Jinnaram Mandal Medhak Dist.**
☑ Disputed
**A.P., India502325**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred　　　　　　Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address　　　　As of the petition filing date, the claim is:　　　　**$1,969.22**
*Check all that apply.*

**M/S Shree SAI Exports**
☐ Contingent
**No. 10, Tharachand Nagar Annex, Om Flats**
☐ Unliquidated
**Door No. S-1, Virugambakkam Chennai**
☐ Disputed
**600 092, Tamil Nadu**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred　　　　　　Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address　　　　As of the petition filing date, the claim is:　　　　**$5,565.28**
*Check all that apply.*

**Madhav Marbles & granites Ltd.**
☐ Contingent
**4/36 Bharathi St.**
☐ Unliquidated
**SwarnapuriSalem, India 636004**
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred　　　　　　Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address　　　　As of the petition filing date, the claim is:　　　　**$5,488.63**
*Check all that apply.*

**MAHI Granites**
☐ Contingent
**Plot #550 D/1 Road No.-92**
☐ Unliquidated
**Jubilee Hills, Hyderabad 500 003**
☐ Disputed
**Andhra Pradesh**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred　　　　　　Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

Debtor **Atlas Stone Distribution, Inc.**                    Case number (if known) **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.117**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00**
*Check all that apply.*

**Mameri Rochas Ltda**
**Rod BR 101 KM 394**
**snRio Novo do Sul**
**ES Brazil 292900-00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☑ No
                                                          ☐ Yes

**3.118**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00**
*Check all that apply.*

**Marmi Bruno Zanet SRL**
**Via Paganella, 79**
**37020 Volargne di Dolce**
**Verona**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☑ No
                                                          ☐ Yes

**3.119**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,518.96**
*Check all that apply.*

**Marmi S. Rocco S.r.l.**
**Via del Marmo 285/e**
**37020 Volargne di bolce**
**Verona**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☑ No
                                                          ☐ Yes

**3.120**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00**
*Check all that apply.*

**Marmoles Tarragona SA**
**Ctra N232**
**Vinaros Morella**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☑ No
                                                          ☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,280.55 |
|---|---|---|---|

**Marudhar**

**SY No 277/1 & 277/2 Reddiyur**

**Pottanen-Virudhasampally Rd.**

**Pottanen Village, Meuur Dam-636 453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

**Matson Logistics**

**1411 Sand Island Parkway**

**Honolulu          HI     96819**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,500.00 |
|---|---|---|---|

**Mediterranean Shipping Company**

**700 Watermark Blvd.**

**Mount Pleasant          SC     29464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

**Metro Interstate**

**2955 Soffel Ave.**

**Melrose Park          IL     60160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Atlas Stone Distribution, Inc.**                    Case number (if known)   **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |

Check all that apply.

**Metro S.P.A. Marmi E. Graniti**

**1654 Hickory Wood Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Lawrenceville             GA      30043**          **Business Debt**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 |

Check all that apply.

**MHC Truck Leasing**

**1250 W. 151st**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Olathe                     KS      66061**          **Business Debt**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,526.88 |

Check all that apply.

**Midwest Systems**

**5911 Hall Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**St. Louis                  MO      63147**          **Business Debt**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,884.59 |

Check all that apply.

**Minete Pedras Ornamentais Ltda**

**Av.Prefeito Nicolau Falchetto**

**n3730 CEP 29375000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Venda Nova do Imigrante**          Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __   ☑ No
☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.129** Nonpriority creditor's name and mailing address

**Mirasol Soapstone LLC**

**Attn: Patrizio Domenis**

**3341 Daybreaker Drive**

**Park City**          **UT**     **84098**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$33,843.57

---

**3.130** Nonpriority creditor's name and mailing address

**MM Rocks**

**Telangana, Bollaram Industrial Area**

**Hyderabad, Telangana 502325**

**India**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,480.00

---

**3.131** Nonpriority creditor's name and mailing address

**Modi Granties**

**No. 38, N.R. Road**

**Bangalore 560002**

**Karnataka, India**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.132** Nonpriority creditor's name and mailing address

**Monte Negro Marmores E. Granitos Ltd**

**Rod Br 259 SN KM01 Centro**

**Joao Neiva**

**ES Brazil**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,591.25

---

| Debtor | Atlas Stone Distribution, Inc. | Case number (if known) | 19-31006-sgj |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

Check all that apply.

**MSG Stones**

**Rua Ercy Dias Santana**

**N S/n-S Joaquim-Cep**

**29314-872 Cachoeiro de Itapemirim**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,239.12 |
|---|---|---|---|

Check all that apply.

**MSI INternational**

**2095 N. Batavia Street**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Orange**    **CA**    **92865**

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,300.00 |
|---|---|---|---|

Check all that apply.

**Multisurface LLC**

**2005 McDaniel**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carrollton**    **TX**    **75006**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,249.93 |
|---|---|---|---|

Check all that apply.

**Murphy**

**1233 N. Price Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**St. Louis**    **MO**    **63132**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Atlas Stone Distribution, Inc.**                     Case number (if known) **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,704.53 |

**Nassar Stone Investment**
**PO Box 620**
**Palestine, Bethlehem**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred                     Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,000.00 |

**Natural Stones S.R.L.**
**Viale Dell Industria, 2 37010**
**Cavaion V.se Verona**
**Italy**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred                     Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,525.00 |

**NPS Express**
**200 Wilson Court**

**Bensenville**          IL      **60106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred                     Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,515.63 |

**NRAI**
**PO Box 4349**

**Carol Stream**         IL      **60197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred                     Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |
|---|---|---|---|

Check all that apply.

**Ohio Bureau of Workers Compensation**

**PO Box 89492**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| **Cleveland** | **OH** | **44101** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,038.14 |
|---|---|---|---|

Check all that apply.

**Ohio Intermodal Services**

**2161 Williams Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Obetz** | **OH** | **43207** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

Check all that apply.

**Overhead Door of St. Louis**

**1120 Clay North**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Kansas City** | **MO** | **64116** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,174.59 |
|---|---|---|---|

Check all that apply.

**Oza Rochas Do Brazil**

**Rod Fued Nemer, S/N, OKM 17.5**

**Sapecado, Conduru**

**Cachoeiro de Itapemirim-ES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | |
|---|---|
| Debtor **Atlas Stone Distribution, Inc.** | Case number (if known) **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.145** Nonpriority creditor's name and mailing address

P.R.P. Exports

Therkutheru Village

Melur Taluk Madurai Dist.

Tamilnadu, India

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

**$501.63**

---

**3.146** Nonpriority creditor's name and mailing address

Pacific Granites Inc.

5 South Wabash, Suite 511

Chicago          IL     60603

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

**$500.00**

---

**3.147** Nonpriority creditor's name and mailing address

Packard Logistics

PO Box 340

Channahon          IL     60410

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

**$530.00**

---

**3.148** Nonpriority creditor's name and mailing address

Paradigm Granite Private Limited

Survey No. 293/2/3 & 295/2A/2B/2D/2E/2F

Nallaganakothapalli, Hosur Taluk

Near Shoolagiro Krishnagiri 117

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

**$1,458.61**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** Nonpriority creditor's name and mailing address

**Pazigram**

**Rua Targino Athaide**

**B.coronel BorgestCach.**

**De Itapermirim ES Brasil**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$150.00**

---

**3.150** Nonpriority creditor's name and mailing address

**Pedra Do Frade**

**Rod BR 101 Km 396**

**s/n - Permetral**

**Rio Novo do Sul-ES-Brazil**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.151** Nonpriority creditor's name and mailing address

**PKD Logistics**

**5604 Wendy Bagwell Parkway**

**Suite 223**

**Hirma**     GA    30141

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$25,743.03**

---

**3.152** Nonpriority creditor's name and mailing address

**Polycor Slabs Inc.**

**76 rue Saint Paul, Suite 100**

**Quebec City Quebec G1K 349**

**Canada**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$28,362.25**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Powerbuilt Material**

**1880 County Rd. 9**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bellefontaine**     **OH**    **43311**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Primestone International Inc.**

**45 Sheppard Avenue, Suite 412**

**Toronto, ON M2N 5W9**

**Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00** |

**Proserv Crane Group**

**PO Box 670965**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Houston**     **TX**    **77267**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |

**Quintairos Prieto Wood & Boyer**

**9200 South Dadeline Blvd.**

**Suite 100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Miami**     **FL**    **33156**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Atlas Stone Distribution, Inc. | Case number (if known) | 19-31006-sgj |
|---|---|---|---|

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538,905.23 |

Rajendra Pahuja

908 Berkshire Road

Southlake     TX     76092

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Shareholder Loan**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,058.96 |

Red Graniti SPA

54100 Massa (MS) Italy Bia

Dorsal 12 Italy

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |

Reed Carter

8390 LBJ Freeway

Suite 570

Dallas     TX     75243

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.09 |

Reliable Transportation Specialists Inc.

139 Venturi Drive

Chesterton     IN     46304

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Atlas Stone Distribution, Inc.**   Case number (if known) **19-31006-sgj**

**Part 2:** | **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $432,931.64 |

**Ritu Pahuja**

**908 Berkshire Road**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Southlake**        **TX**    **76092**      **Shareholder Loan**

Date or dates debt was incurred _____        Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $216,295.79 |

**RNS Properties, LLC**

**908 Berkshire Rd.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Southlake**        **TX**    **76092**      **Rent Arrearages**

Date or dates debt was incurred _____        Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |

**Russell Industries DFW**

**4008 Clay Avenue, Suite 204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Haltom City**        **TX**    **76117**      **Business Debt**

Date or dates debt was incurred _____        Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,500.00 |

**SAI Stones**

**10923 Indian Trail, Suite 108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**        **TX**    **75229**      **Business Debt**

Date or dates debt was incurred _____        Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.165** Nonpriority creditor's name and mailing address

**Santo Antonio**

**Rod. DO Contorno KM 2.5**

**Fazenda Monte, Libano Mail Box 456**

**Cachoerio DO Itapemirim 29300**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$92,631.77

---

**3.166** Nonpriority creditor's name and mailing address

**Sati Granite**

**Sy NO 566/567 & 39/2**

**Kamandoddi & Subburgiri (Village)**

**Pathakotta Rd, Hosur - 635 117**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$12,403.24

---

**3.167** Nonpriority creditor's name and mailing address

**Saudi Marble & Granite Factory Co.**

**844 Valley Road**

**Wayne** **NJ** **07470**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$8,078.63

---

**3.168** Nonpriority creditor's name and mailing address

**Sava Stone S.r.l Marmi E Graniti**

**Sede Amm:37015 Domegliara**

**ialy Bia Casetta 7 34A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$9,215.32

---

Debtor **Atlas Stone Distribution, Inc.**      Case number (if known) **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.169** Nonpriority creditor's name and mailing address

Savino Del Bene USA Inc.

1905 S. Mount Prospect Rd.

Unit D

Des Plaines      IL      60018

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$214,647.51**

---

**3.170** Nonpriority creditor's name and mailing address

Schmuhl Brothers Inc.

1134 S. 12th Street

Kansas City      KS      66105

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,580.00**

---

**3.171** Nonpriority creditor's name and mailing address

Schneider National Inc.

14435 N. Seventh St., Suite 201

Phoenix      AZ      85022

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$282.45**

---

**3.172** Nonpriority creditor's name and mailing address

Selva Stone Export Limited

399/1-5, Sanlinayanapalli Village

Emakkainatham Post

Bargue-635104, Krishnagiri, DR

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,316.45**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173** Nonpriority creditor's name and mailing address

**Senthamarai Marbles & Granite**

**Plot No. 73 E-2 E-74 E-7 & 74 (PT)**

**Phase II Sipcot Industrial Complex**

**Hosur 635109 Tamilnadu**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**$6,501.66**

---

**3.174** Nonpriority creditor's name and mailing address

**Shi - Hwa Stones Co. Ltd.**

**2816 Tice Creek Drive**

**Suite 7**

**Walnut Creek          CA     94595**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**$1,834.11**

---

**3.175** Nonpriority creditor's name and mailing address

**Signs By Tomorrow**

**10049 W. 87th Street**

**Overland          KS     66212**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**$292.26**

---

**3.176** Nonpriority creditor's name and mailing address

**Siva Stones**

**Plot No 3&4 Apiic BP Sez Annani Village**

**Maddipadu Mandal Prakasam**

**Dist Ap India**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**$3,570.80**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177** Nonpriority creditor's name and mailing address

**SlabHaulr**

**3601 S. Congress Ave., Suite H100**

**Austin**      **TX**    **78704**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,476.00**

---

**3.178** Nonpriority creditor's name and mailing address

**Sonlight**

**PO Box 163312**

**Fort Worth**      **TX**    **76161**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$673.19**

---

**3.179** Nonpriority creditor's name and mailing address

**Stone Business Software**

**445 E. Ohio St., Suite 350**

**Chicago**      **IL**    **60611**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

---

**3.180** Nonpriority creditor's name and mailing address

**Stone Gallery of Dallas**

**1220 Champion Circle, Suite 116**

**Carrollton**      **TX**    **75006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,560.00**

---

Debtor    **Atlas Stone Distribution, Inc.**      Case number (if known)   **19-31006-sgj**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.181 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,256.32**

**Stone Mix**

**Rod. Engenhero Fabiano Vivacqua**

**SN - JM 1.8 - Central Praque**

**Cachoerio De Itapemirim**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$100.00**

**Stonecrafters**

**430 W. Wegner Road**

**Lakemoor**    IL    60050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$100.00**

**Stoneland Inc.**

**11831 Vose Street**

**North Hollywood**    CA    91605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$833,398.82**

**Terrastone LLC**

**1540 Champion Drive, Suite 200**

**Carrollton**    TX    75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Atlas Stone Distribution, Inc.**        Case number (if known)   **19-31006-sgj**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.185**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$40,008.00** |

**Terrastone Midwest LLC**

**2121 West White Oaks, Suite C**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Springfield**     IL    62704

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.186**   Nonpriority creditor's name and mailing address      **$110,758.74**

**Thor Granitos**

**Rua Murilo Portugal**

**112 4 Andars Francisco Niter**

**Rio De Janerio BR 24360-410**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.187**   Nonpriority creditor's name and mailing address      **$1,150.00**

**TMC Transportation**

**4335 Paysphere Circle**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**     IL    60674

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.188**   Nonpriority creditor's name and mailing address      **$500.00**

**Toledo Granitos**

**Rod B.S. Fco x Mantena**

**KM 4,5 Barra de Sao Francisco**

**ES Brasil 29800-000**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.189** Nonpriority creditor's name and mailing address

**Top Ocean Consolidation Service Inc.**

**2727 Workman Mill Rd.**

**City of Industry**    **CA**    **90601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,355.00**

---

**3.190** Nonpriority creditor's name and mailing address

**Toyota Financial Services**

**PO Box 15012**

**Chandler**    **AZ**    **85244**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,064.73**

---

**3.191** Nonpriority creditor's name and mailing address

**Tracomal**

**396, Av. Brg. Eduardo Gomes, 208**

**Sao Geraldo, Serra**

**ES Brazil**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

**3.192** Nonpriority creditor's name and mailing address

**Travellers**

**Wortham Insurance & Risk**

**1600 West 7th St., Suite 300**

**Fort Worth**    **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$51,935.30**

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.193**    Nonpriority creditor's name and mailing address

**UMB Corporate Card**

**PO Box 419734**

**Kansas City**      **MO**    **64141**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$200,000.00**

---

**3.194**    Nonpriority creditor's name and mailing address

**Union Machinery**

**PO Box 498**

**Union**      **MO**    **63084**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$859.26**

---

**3.195**    Nonpriority creditor's name and mailing address

**Van Doorn Roofing Inc.**

**2082 Estes Avenue**

**Elk Grove Village**      **IL**    **60007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,811.93**

---

**3.196**    Nonpriority creditor's name and mailing address

**VIB Commercial**

**Rua Jose Alexandre Buaiz**

**160-Sala 1005 Enseada Do Sua-Vitoria**

**ES Brazil**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

Debtor **Atlas Stone Distribution, Inc.**        Case number (if known) **19-31006-sgj**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.197**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Vickers Industrial Co., Ltd.**

**10F., No. 7, Sec. 1 Dunhua South Road**

**Songshan District**

**Taipei City, 105 Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,591.27**

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.198**   Nonpriority creditor's name and mailing address

**Victoria Stone Ind E Com**

**R. Atalydes Moreira Souza 00000**

**S/N Civit I Serra 29680-55**

**Brazil**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.199**   Nonpriority creditor's name and mailing address

**Weha**

**7606 Whitehall Executive Center Drive**

**Suite 400**

**Charlotte**      **NC**    **28273**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**$26,512.00**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.200**   Nonpriority creditor's name and mailing address

**West Quartz**

**3520 W. Miller Rod, Suite 130**

**Garland**      **TX**    **75041**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,303.12**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Atlas Stone Distribution, Inc.** | Case number (if known) | **19-31006-sgj** |
|---|---|---|---|

**Part 2:**     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.201 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$11,113.30

**Wex Bank**

**PO Box 6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Carol Stream** | **IL** | **60197** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**Fuel account**

---

| 3.202 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,834.00

**Woodbridge Stone Exports Pvt Ltd.**

**8141 Lawndale Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Skokie** | **IL** | **60076** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$11,113.30

**Wright Express Fleet Services**

**PO Box 6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Carol Stream** | **IL** | **60197** |
|---|---|---|

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$12,466.21

**Xiamen Further Star Imp / GS Industry**

**Room 1502 No. 201**

**Hongye Building Hubin Road**

**Xiamen China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor  **Atlas Stone Distribution, Inc.**                    Case number (if known)  **19-31006-sgj**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,624.38 |
|---|---|---|---|

Check all that apply.

**Xiamen Further Stone**
**Room 30B-2 No. 301 Jiahe Road**
**Ziamen Fujian China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.43 |
|---|---|---|---|

Check all that apply.

**Yellow Stone**
**Rod. Fued Nemer Km07**
**Aracui Castelo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.99 |
|---|---|---|---|

Check all that apply.

**YRC Freight**
**50 Miry Brook Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Danbury**              **CT      06810**        **Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

Debtor   **Atlas Stone Distribution, Inc.**                    Case number (if known)   **19-31006-sgj**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony Begon** <br> **2323 Ross Avenue** <br> **Suite 1900** <br><br> **Dallas**   **TX**   **75201** | Line   **3.152** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.2 | **Christopher J. Jameson Jr.** <br> **5429 LBJ Freeway, Suite 700** <br><br><br> **Dallas**   **TX**   **75240** | Line   **3.165** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.3 | **Christopher J. Jameson Jr.** <br> **5429 LBJ Freeway, Suite 700** <br><br><br> **Dallas**   **TX**   **75240** | Line   **3.150** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.4 | **Christopher J. Jameson Jr.** <br> **5429 LBJ Freeway, Suite 700** <br><br><br> **Dallas**   **TX**   **75240** | Line   **3.83** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.5 | **Christopher J. Jameson Jr.** <br> **5429 LBJ Freeway, Suite 700** <br><br><br> **Dallas**   **TX**   **75240** | Line   **3.82** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.6 | **Francesco Di Pietro** <br> **Moses & Singer LLP** <br> **405 Lexington Avenue** <br><br> **New York**   **NY**   **10174** | Line   **3.103** <br> ☐ Not listed.  Explain: | __ __ __ __ |

---

Debtor    **Atlas Stone Distribution, Inc.**      Case number (if known)   **19-31006-sgj**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Jason L. Sanders** **Sanders Collins PLLC** **325 N. St. Paul Street** **Suite 3100** **Dallas**    **TX**    **75201** | Line **3.200** ☐ Not listed. Explain: | __ __ __ __ |
| 4.8 | **Jeffrey R. Sandberg** **8350 N. Central Expressway** **Suite 1111** **Dallas**    **TX**    **75206** | Line **3.172** ☐ Not listed. Explain: | __ __ __ __ |
| 4.9 | **John P. Lewis, Jr.** **1412 Main Street, No. 210** **Dallas**    **TX**    **75202** | Line **3.200** ☐ Not listed. Explain: | __ __ __ __ |
| 4.10 | **Kovach Law Firm P.L.L.C.** **170 Westcott Street** **Houston**    **TX**    **77007** | Line **3.45** ☐ Not listed. Explain: | __ __ __ __ |
| 4.11 | **Law Offices of James S. Johnson** **2340 E. Trinity Mills Rd.** **Suite 300** **Carrollton**    **TX**    **75006** | Line **3.186** ☐ Not listed. Explain: | __ __ __ __ |
| 4.12 | **Mark A. Bukaty** **13155 Noel Road** **Suite 900** **Dallas**    **TX**    **75240** | Line **3.23** ☐ Not listed. Explain: | __ __ __ __ |
| 4.13 | **Mehta Legal** **3400 Airport Avenue** **Suite 20** **Santa Monica**    **CA**    **90405** | Line **3.134** ☐ Not listed. Explain: | __ __ __ __ |

Debtor **Atlas Stone Distribution, Inc.**                                     Case number (if known) **19-31006-sgj**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.14   **Philip D. Collins & Associates, P.C.**

    **Attn: Craig Luffy**

    **9330 LBJ Freeway, Suite 810**

    **Dallas**      **TX**      **75243**

Line  **3.37**

☐ Not listed.  Explain:

___ ___ ___ ___

4.15   **Teller Levit & Silvertrust PC**

    **19 South LaSalle Street**

    **Suite 701**

    **Chicago**      **IL**      **60603**

Line  **3.104**

☐ Not listed.  Explain:

___ ___ ___ ___

Debtor __Atlas Stone Distribution, Inc.__                    Case number (if known) __19-31006-sgj__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                    **Total of claim amounts**

5a. **Total claims from Part 1**                          5a.  _____ $455,618.89

5b. **Total claims from Part 2**                          5b. + _____ $6,637,616.12

5c. **Total of Parts 1 and 2**                            5c.  _____ $7,093,235.01
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Atlas Stone Distribution, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31006-sgj**          Chapter **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of St. Louis Location Contract to be REJECTED | **BBK Westport** **1401 S. Brentwood Blvd., Suite 900** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **St. Louis**          **MO**     **63144** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2016 Range Rover Contract to be REJECTED | **Chase Bank Auto Finance** **PO Box 901076** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Worth**          **TX**     **76101-2076** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Peterbilt 348 Flat Bed Truck Contract to be ASSUMED | **Paccar Leasing Company** **10620 N. Stemmons Freeway** |
| | State the term remaining | **67 months** | |
| | List the contract number of any government contract | | **Dallas**          **TX**     **75220** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Freightliner Flat Bed Truck Lease Contract to be ASSUMED | **Penske Truck Leasing Co., L.P.** **2210 S. 7th Street** |
| | State the term remaining | **69 months** | |
| | List the contract number of any government contract | | **St. Louis**          **MO**     **63104** |

Debtor   **Atlas Stone Distribution, Inc.**                    Case number (if known)   **19-31006-sgj**

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Dallas Location Contract to be ASSUMED** | **RNS Properties LLC** |
| | | | **908 Berkshire Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southlake                TX        76096** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Chicago Location Contract to be ASSUMED** | **RNS Properties, LLC** |
| | | | **908 Berkshire Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southlake                TX        76096** |

**Fill in this information to identify the case:**

Debtor name **Atlas Stone Distribution, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-31006-sgj**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Gaurav Pahuja | **908 Berkshire Road**<br>Number    Street<br><br>**Southlake**     **TX**   **76092**<br>City                State  ZIP Code | **Polycor Slabs Inc.** | ☐ D<br>☒ E/F<br>☐ G |
| **2.2** Gaurav Pahuja | **908 Berkshire Road**<br>Number    Street<br><br>**Southlake**     **TX**   **76092**<br>City                State  ZIP Code | **Fortuna Granitos** | ☐ D<br>☒ E/F<br>☐ G |
| **2.3** Gaurav Pahuja | **908 Berkshire Road**<br>Number    Street<br><br>**Southlake**     **TX**   **76092**<br>City                State  ZIP Code | **Comerica Bank** | ☒ D<br>☐ E/F<br>☐ G |
| **2.4** Rajendra P. Pahuja | **908 Berkshire Road**<br>Number    Street<br><br>**Southlake**     **TX**   **76092**<br>City                State  ZIP Code | **UMB Bank N.A.** | ☒ D<br>☐ E/F<br>☐ G |
| **2.5** RNS Properties, LLC | **908 Berkshire Rd.**<br>Number    Street<br><br>**Southlake**     **TX**   **76092**<br>City                State  ZIP Code | **Comerica Bank** | ☒ D<br>☐ E/F<br>☐ G |

Debtor     __Atlas Stone Distribution, Inc.__                    Case number (if known) __19-31006-sgj__

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | **Terrastone, LLC** | **1540 Champion Drive**<br>Number        Street | **Comerica Bank** | ☑ D |
| | | **Suite 200** | | ☐ E/F |
| | | **Carrollton**          **TX**    **75006**<br>City                          State    ZIP Code | | ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Atlas Stone Distribution, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-31006-sgj**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B..................................................................................... **$0.00**

1b. **Total personal property:**
Copy line 91A from Schedule A/B.................................................................................. **$496,084.29**

1c. **Total of all property**
Copy line 92 from Schedule A/B...................................................................................... **$496,084.29**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................................... **$11,122,757.92**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................... **$455,618.89**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. + **$6,637,616.12**

**4.** **Total liabilities**
Lines 2 + 3a + 3b............................................................................................................................. **$18,215,992.93**

| **Fill in this information to identify the case and this filing:** |
|---|

| Debtor Name | **Atlas Stone Distribution, Inc.** |
|---|---|

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

| Case number (if known) | **19-31006-sgj** |
|---|---|

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/26/2019**          X **/s/ Gaurav Pahuja**
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                         **Gaurav Pahuja**
                                         Printed name
                                         **Chief Operating Officer**
                                         Position or relationship to debtor