BTXN 104a (rev. 09/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

ATLAS STONE DISTRIBUTION, INC.

§
§ Case No.: 19-31006
§
§
§
§

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Diehl, Jr.**          **Robert**          **J.**
   Last              First             MI

2. Firm Name: **Bodman PLC**

3. Address: **6th Floor at Ford Field**
   **1901 St. Antoine St.**
   **Detroit, Michigan 48226**

4. Phone: **(313) 393-7579**          FAX: **(313) 393-7597**

   Email: **rdiehl@bodmanlaw.com**

5. Name used to sign *all* pleadings: **Robert J. Diehl, Jr.**

6. Retained by: **Comerica Bank**

7. Admitted on _____**1980**_____ and presently a member in good standing of the bar of the highest court of the state of _____**Michigan**_____ and issued the bar license number of _____**P31264**_____ .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | 6th Circuit Court of Appeals | 1985 |
   | Eastern District of Michigan | 1980 |
   | Western District of Michigan | 2000 or prior |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: Michael P. Menton, SettlePou

14. Local counsel's address: 3333 Lee Parkway, Eighth Floor
    Dallas, Texas 75219

*Continued.*

      I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

      I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

      ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

      ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Robert J. Diehl, Jr.                              April 30, 2019
Printed Name of Applicant                    Date

*[signature]*
Signature of Applicant