**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 19-31006  SGJ  Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ATLAS STONE DISTRIBUTION, INC. | Date Filed (f) or Converted (c): | 05/29/19 (c) |
| | | 341(a) Meeting Date: | 07/09/19 |
| For Period Ending: | 10/26/20 | Claims Bar Date: | 11/18/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Ck Acct # ***5398 | 0.01 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 2. Ck Acct # ***4588 | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 3. Ck Acct # ***6176 | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 4. Ck Acct # ***9446 | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 5. Ck Acct # ***0077 | 26,157.20 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 6. Ck Acct # ***9891 | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 7. Truck Security Deposit | 7,500.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 8. Security Deposit for St. Louis Property | 13,377.90 | 13,377.90 | | 13,377.90 | FA |
| - Appllied to chapter 7 and chapter 11 admin claims per 10/30/19 Order #187 | | | | | |
| 9. Security Deposit for Old Chicago Property | 48,686.73 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 10. Security Deposit on Leased 2019 Peterbilt | 7,500.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 11. Security Deposit to Buy Inventory | 9,000.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 12. Prepayment - Credit Insurance | 402.65 | 0.00 | | 0.00 | FA |
| - Stay lifted by Traveler's 8/21/2019 | | | | | |
| 13. AR - 90 days old or less | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 14. AR - over 90 days old | 0.00 | 0.00 | | 0.00 | FA |
| - Ch 11 Cash Collateral | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 15. Inventory - Slabs for Resale | Unknown | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 16. Inventory Purchased within 20 days | 0.00 | 0.00 | | 0.00 | FA |
| - $69,958.66 | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 17. Office Furniture | 15,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 19-31006 SGJ Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ATLAS STONE DISTRIBUTION, INC. | Date Filed (f) or Converted (c): | 05/29/19 (c) |
| | | 341(a) Meeting Date: | 07/09/19 |
| | | Claims Bar Date: | 11/18/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 18. Office Equipment - | 25,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 19. NEC Telephon Systems | 5,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 20. 2012 Chevrolet Silverado | 0.00 | 2,500.00 | | 2,500.00 | FA |
| - Sold per 6/2/2020 Order #234 | | | | | |
| 21. 24 Ft. Utility Trailer | 0.00 | 0.00 | | 0.00 | FA |
| - Sale included in asset 20 | | | | | |
| 22. 2013 Honda Accord | 0.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 23. 2015 Toyota Camry | 0.00 | 0.00 | | 0.00 | FA |
| - Lift Stay Order 174 entered 9/23/19 | | | | | |
| 24. 2015 Toyota Corolla | 0.00 | 0.00 | | 0.00 | FA |
| - Lift Stay Order 189 entered 11/8/19 | | | | | |
| 25. 2015 Toyota Rav 4 | 0.00 | 0.00 | | 0.00 | FA |
| - Lift Stay Order 188 entered 10/30/19 | | | | | |
| 26. Lease - 2016 Range Rover | 0.00 | 0.00 | | 0.00 | FA |
| - Lift Stay Order 185 entered 10/24/19 | | | | | |
| 27. Lease - 2019 Freightliner 114 SD | 0.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 28. Lease - 2019 Peterbilt 348 Truck | 0.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 29. Lease - 2015 Kenworth T680 Truck | 112,459.80 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 30. 7 Forklifts | 70,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 31. Crane | 100,000.00 | 0.00 | | 0.00 | FA |
| - Fixture to Building | | | | | |
| - 1st Lien - Comerica Bank = $3M | | | | | |
| - 2nd Lien - UMB = $8M | | | | | |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 32. Racks and A-Frames | 36,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 33. Misc Warehouse Equipment | 20,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 34. Carrollton, TX - Property Lease | 0.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 35. Rollimng Meadows, IL - Property Lease | 0.00 | 0.00 | | 0.00 | FA |
| - Stay lifted by UMB 6/13/2019 | | | | | |
| 36. St. Louis, MO - Property Lease | 0.00 | 0.00 | | 0.00 | FA |
| - No Equity.  Lease Rejected per 7/25/19 Order 150. | | | | | |
| 37. Ch 5 Settlement with Principals (u) | 0.00 | 0.00 | | 200,000.00 | FA |
| - Settlement approved per 10/7/2019  Court Order | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 19-31006 SGJ Judge: Stacey G. Jernigan | Trustee Name: | James W. Cunningham, Trustee |
| --- | --- | --- | --- |
| Case Name: | ATLAS STONE DISTRIBUTION, INC. | Date Filed (f) or Converted (c): | 05/29/19 (c) |
| | | 341(a) Meeting Date: | 07/09/19 |
| | | Claims Bar Date: | 11/18/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $496,084.29 | $15,877.90 | | $215,877.90 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Assets listed above are from chapter 11 schedules
  Debtor did not file convresion schedules per Local Rule 1019

- UMB Bank, N.A. has a blanket lien on all assets.
  Lift Stay Order entered 6/13/19 at docket 123

- Claims objections in process

- Fee applications

Initial Projected Date of Final Report (TFR): 05/29/21      Current Projected Date of Final Report (TFR): 05/29/21